AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 15 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ KENNETH BRESLIN

DISTRICT COURT NUMBER
CR16-00515 YGR

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA McCALL

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Contra Costa County

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed
DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

PENALTY SHEET ATTACHMENT FOR KENNETH BRESLIN

COUNT ONE:  18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography:

If Visual Depictions **Do Not** Involve Pre-Pubescent Minor:
| | |
|---|---|
| Maximum Imprisonment: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | Life |
| Minimum Supervised Release: | 5 years |
| Special Assessment: | $5,000 (18 U.S.C. § 3014) |

If Visual Depictions **Do** Involve Pre-Pubescent Minor:
| | |
|---|---|
| Maximum Imprisonment: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | Life |
| Minimum Supervised Release: | 5 years |
| Special Assessment: | $5,000 (18 U.S.C. § 3014) |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR16-00515 YGR

UNITED STATES OF AMERICA,

**V.**

KENNETH BRESLIN,

FILED
DEC 15 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;
18 U.S.C. §§ 2253(a)(1) and (a)(3);
28 U.S.C. § 2461(c) – Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this 15th day of December 2016

_____
Clerk

Bail, $ no bail warrant

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED

DEC 15 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-00515 YGR |
| Plaintiff, | VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. §§ 2253(a)(1) and (a)(3); 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| KENNETH BRESLIN, | |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

The Grand Jury charges:

From a date unknown to on or about October 5, 2016, in the Northern District of California, the defendant,

KENNETH BRESLIN,

did knowingly possess and knowingly access with the intent to view at least one matter which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using

1

1 | materials that had been mailed, shipped and transported in interstate commerce, by any means including
2 | by computer, the production of which involved the use of a minor engaging in sexually explicit conduct,
3 | and which depiction was of such conduct, in violation of Title 18, United States Code, Section
4 | 2252(a)(4)(B).

5 | <u>FORFEITURE ALLEGATION</u>:       (18 U.S.C. § 2428 – Criminal Forfeiture)

6 | Upon conviction of any of the offenses alleged in Count One, the defendant,

7 | KENNETH BRESLIN,

8 | shall forfeit to the United States pursuant, to Title 18, United States Code, Section 2428(1), any
9 | property, real or personal, that was used or intended to be used to commit or to facilitate the commission
10 | of such violation; and (2) any property, real or personal, constituting or derived from any proceeds that
11 | such person obtained, directly or indirectly, as a result of such violation, including but not limited to the
12 | following items:

   a. Toshiba Laptop, Model C55T, Serial # 9F257028C, black with silver lettering (Contra Costa D.A. (CCDA) Item #1);
   b. Toshiba hard Disk Drive ("HDD"), 1Tb, Model MQ01ABD100, S/N 957MW4YST (CCDA Item #3);
   c. Toshiba Laptop, model # L25-S1216, S/N Z5118470W (CCDA Item #6);
   d. Toshiba HDD, Model # MK5065GSXN, S/N 816UT1QET, 8gb (CCDA Item #9);
   e. Memorex Traveldrive USB 2.0 thumb drive, 512mb, gray in color (CCDA Item #11).

//
//
//
//
//
//
//
//

All pursuant to Title 18, United States Code, Sections 2423 and 2428; Title 21, United States Code, Section 853; and the procedures set forth in Federal Rule of Criminal Procedure 32.2.

DATED: 12/15/16

A TRUE BILL.

FOREPERSON

BRIAN J. STRETCH
United States Attorney

ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: _____)
AUSA CHRISTINA MCCALL

3