| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 04 minutes | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ada Means | | REPORTER/FTR<br>10:23-10:27 | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | DATE<br>December 19, 2016 | | NEW CASE ☐ | CASE NUMBER<br>CR16-0515 YGR |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Kenneth Breslin | AGE<br>68 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Michael Markowitz - General App | PD. ☐   RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Christina McCall | INTERPRETER<br>Not required | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Katrina Chu | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>2 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS<br>TRIAL SET |
| ☒ I.D. COUNSEL<br>1 min | ☒ ARRAIGNMENT<br>1 min | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>December 21, 2016 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Corley | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

CC: JSC

DOCUMENT NUMBER: