MARK GOLDROSEN, Bar No. 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Tel: (415) 565-9600
Fax: (415) 565-9601

Attorney for Defendant
KENNETH BRESLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH BRESLIN,<br><br>　　　　Defendant. | NO. CR-16-00515-YGR<br><br>ORDER RE RELEASE<br>OF CELL PHONE AND SEARCH OF<br>ITS CONTENTS |

Pursuant to the stipulation of the parties, it is hereby ORDERED that:

Pretrial Services will release the iPhone taken from Defendant Kenneth Breslin to the government. The government may examine the contents of the cell phone without a warrant, based on the consent of Defendant Kenneth Breslin.

SO ORDERED.

DATED: 4/17/2017

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Donna M. Ryu
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge