ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Christina.McCall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH BRESLIN,<br><br>    Defendant. | NO. CR 16-0515 YGR<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF PLEA OFFER, REQUEST TO VACATE FEBRUARY 8, 2018 SENTENCING DATE, AND REQUEST FOR A STATUS CONFERENCE |

    On July 6, 2017, the parties submitted a proposed Plea Agreement to the Court. Dkt. #41. On July 13, 2017, the parties appeared in Court, and noted that a proposed plea agreement was submitted to the Court on July 6, 2017. Dkt. #41. At that hearing, the Court continued the case to October 26, 2017, for a combined change-of-plea hearing and sentencing hearing (with an exclusion of time under the Speedy Trial Act). Id. Defendant, Kenneth Breslin, signed a form entitled "Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty." Dkt. #42. On September 6, 2017, following a final bond violation hearing, Magistrate Corley remanded Mr. Breslin to the custody of the United States Marshal. Dkt. #47. On September 22, 2017, the Court granted the parties' stipulated request to continue the change-of-plea hearing and sentencing hearing to February 8, 2018, and exclude time under the Speedy Trial Act. Dkt. #50. Since September 6, 2017, the government has engaged in an investigation into Mr. Breslin's alleged additional criminal conduct.

WITHDRAWAL OF PLEA OFFER
CR 16-0515 YGR

1   A plea agreement is not effective until it is accepted by the Court.  In this case, the Court has not
2 yet conducted the Rule 11 plea colloquy.  Additionally the government is not bound by the proposed
3 plea agreement until the plea agreement is accepted by the Court.  See United States v. Savage, 978 F.2d
4 1136, 1138 (9th Cir. 1992).  "As a general rule, then, we think that either party should be entitled to
5 modify its position and even withdraw its consent to the bargain until the plea is tendered and the
6 bargain as it then exists is accepted by the court."  Id. at 1138 (quoting United States v. Ocanas, 628
7 F.2d 353, 358 (5th Cir.1980)).  "We hold that neither the defendant nor the government is bound by a
8 plea agreement until it is approved by the court."  Id.  See also, United States v. Fagan, 996 F.2d 1009,
9 1013 (9th Cir.1993) ("[a] plea agreement that has not been entered and accepted by the trial court does
10 not bind the parties." (quoting Mabry v. Johnson, 467 U.S. 504, 1984)); Ocanas, 628 F.2d at 358 (unless
11 and until the trial judge approves a plea agreement and accepts a guilty plea, neither party is justified in
12 relying substantially on the bargain).

13   Based upon the government's belief that Mr. Breslin has committed new federal crimes,
14 repeatedly and flagrantly violated the conditions of his pretrial release, and failed to clearly demonstrate
15 acceptance of responsibility for his offense, the government hereby withdraws the plea offer.  The
16 government has informed defense counsel and the assigned United States Probation Officer of the
17 withdrawal of the plea offer.  The government requests that the Court vacate the February 8, 2018 date
18 and set this matter on calendar for a status conference at the Court's convenience.  Government counsel
19 is informed that counsel for Mr. Breslin is unavailable on January 25, 2018.

20

21 DATED: January 9, 2018                              Respectfully submitted,

22                                                                            ALEX G. TSE
                                                                                     Acting United States Attorney
23
                                                                                     */s/ Christina McCall*
24                                                                            CHRISTINA McCALL
                                                                                     Assistant United States Attorney
25

26

27

28

WITHDRAWAL OF PLEA OFFER
CR 16-0515 YGR