GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
790 Mission Avenue
San Rafael, California 94901
Facsimile: (415) 457-1420
Telephone: (415) 397-0860

Attorney for Surety
ELIZABETH BRESLIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KENNETH BRESLIN, <br> Defendant. | No. CR 16-00515 YGR (JSC) <br><br> **STIPULATION AND ORDER REMOVING ELIZABETH BRESLIN AS SURETY** |

The parties hereby stipulate as follows in support of their request that the Court issue the below Order Removing Elizabeth Breslin as a surety in this case:

**Procedural History**

On December 15, 2016, a federal grand jury returned a one-count Indictment against the defendant, Kenneth Breslin. On December 21, 2016, the Court issued an Order Setting Conditions of Release and Appearance Bond ("Release Order.") Dkt. #4. The Release Order named Elizabeth Breslin as the defendant's surety and custodian, a role Ms. Breslin voluntarily agreed to assume. On September 7, 2017, the Court found that the defendant violated the conditions of his release and remanded him to the custody of the United States Marshal. Dkt. #47. The defendant remains in custody. On January 18, 2018, a federal grand jury returned a three-count Superseding Indictment against the defendant.

///

**Stipulation**

Ms. Breslin no longer wishes to serve as the defendant's surety and custodian. Ms. Breslin's Global Entry travel status has been revoked, and she has been informed that the revocation happened because a federal bond with her name associated with it was violated. The parties jointly stipulate and request that the Court release Elizabeth Breslin from her role as the defendant's surety and custodian on the Release Order.

DATED: February 21, 2018

*Geoffrey Rotwein*
GEOFFREY ROTWEIN
Attorney for Surety
ELIZABETH BRESLIN

DATED: February 21, 2018

ALEX G. TSE
Acting United States Attorney

/s/
CHRISTINA McCALL
Assistant United Stats Attorney

**~~Proposed~~ Order**

Based on the above stipulation between the parties, the Court hereby grants the parties' request and orders the Clerk of Court to remove Elizabeth Breslin as a surety.

DATED: February 26, 2018

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REMOVING
ELIZABETH BRESLIN AS SURETY
No. CR 16-00515 YGR (JSC)                -2-