ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    christina.mccall@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-0515 YGR |
| Plaintiff, | ) DECLARATION OF CHRISTINA MCCALL IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM |
| v. | ) |
| KENNETH BRESLIN, | ) |
| Defendant. | ) Hearing:    May 17, 2018 ) Time:    2:00 p.m. |
| | ) |

I, Christina McCall, declare:

1.     I am the attorney representing the United States of America, the plaintiff in this case.

2.     Attached as Exhibit 1 hereto is a true and correct copy of: a redacted printout of the file path structure of Breslin's laptop computer, seized from his residence in Lafayette during the original state search warrant.

3.     Attached as Exhibit 2 hereto is a true and correct copy of: a document found in Breslin's laptop computer, which was seized from him in early September, 2018 as a violation of his bond conditions.

4.      Attached as Exhibit 3 hereto is a true and correct copy of: a redacted report written by United States Homeland Security Investigations Special Agent Lesley Hill, summarizing recorded conversations between Breslin from jail in 2018.

5.      Attached as Exhibit 4 hereto is a true and correct copy of: a videotaped victim impact statement read by "Lily," a victim in the case formerly called "Vicky," along with a transcription of her statement.  Exhibit 4 is being filed under seal, if the Court grants the governments' application, in order to preserve the victim's confidentiality.

3.      Copies of Exhibits 1 through 3 were previously provided to defense counsel through discovery.  A copy of Exhibit 4 was sent to defense counsel through Federal Express at the time of the filing of the Government's Sentencing Memorandum.

DATED:  May 10, 2018                          Respectfully submitted,

                                              ALEX G. TSE
                                              Acting United States Attorney

                                                    /s/ *Christina McCall*

                                              CHRISTINA McCALL
                                              Assistant United States Attorney

# EXHIBIT 1



- uinst
- Users
  - All Users
  - Default
  - Default User
  - Default.migrated
  - Ken Breslin
    - AppData
    - Application Data
    - Contacts
    - Cookies
    - Desktop
      - desktop.ini
      - Main Documents 1
        - Documents
          - 3405 Moraga Blvd
          - 692 Anita Drive
          - A Child's Point of View
            - Blue Shield
            - Client Documents
              - 7-21
              - 7-27
              - 8-10
              - 8-12
              - 8-15

BRESLIN-002514



7-21
    7131768.mp4
  JUNIOR BEAUTY CONTEST
  peart
    Siterip Pedo Art Collection Series Pictures and Videos
      Pedo-Art.jpg
      Pictures
        01
        02
        03
        04
        05
        06
        07
        08
        09
        10
        11
        12
        13
        14
        15
        16
        17
        18
        19
        20
        upd1
        upd3
        upd30
        upd31
        upd32
        upd33
        upd34
        upd35
        upd36
        upd37
        upd38
        upd39
        upd40
        upd41
        upd42
        upd43
        upd44
        upd45
        upd46
        upd47
        upd48
        upd49
        upd53

BRESLIN-002515

- upd49
  - upd53
  - upd54
- Videos
- PZSM9S8SV
  - PZSM9S8SV
    - PZ Studio Magazine 9 Sets and 8 Snenes Video
      - Pictures
        - PZ-STUDIO 01
        - PZ-STUDIO 02
        - PZ-STUDIO 03
        - PZ-STUDIO 04
        - PZ-STUDIO 05
        - PZ-STUDIO 06
        - PZ-STUDIO 07
        - PZ-STUDIO 08
        - PZ-STUDIO 09
      - screns
      - Videos
- SGL43SV
  - SGL43SV
    - Siterip Go Lolita 43 Scenes Video
- v2000new
  - video2000
    - VIDEO2000
      - Video_2000
        - Video_2000
          - lslinks.pw
            - members
              - exclusive
                - 123
                - v73
                - v78
- 7-27
- 8-10
- 8-12
- 8-15
- 8-16
- 8-17
- 9-15
- 9-16
- bd mag
- ls land
- movies
- New folder

BRESLIN-002516





- 7-21
- 7-27
- 8-10
  - BD 10
  - flash
  - Ksenya
  - LZ VK
  - M 1-50
  - Mix_4
  - pfp
  - PPNA
  - premium
  - preteen erotica
  - studio 13
- 8-12
- 8-15
- 8-16
- 8-17
- 9-15
- 9-16
- bd mag
- ls land
- movies
- New folder

BRESLIN-002518



- BD10
  - BD_Magazine_issue_10
  - BDMag10.rar
    - BD_Magazine_issue_10
      - BD_Magazine_10.jpg
      - bd-mag_10_set_1
      - bd-mag_10_set_2
      - bd-mag_10_set_3
      - BDMagazine10.jpg
      - Thumbs.db
- flash
  - lsflash
    - lflash
      - LS_Flash
        - LS_Flash
          - l18.lakiza.net
            - ad
              - pics
                - Descr.WD3
                - lav.jpg
                - mn.jpg
                - new
            - catalog.html
            - default.htm
            - Descr.WD3
            - images
            - ls-fla-001a
            - ls-fla-001b
            - ls-fla-002a
            - ls-fla-002b
            - ls-fla-003a
            - ls-fla-003b
            - ls-fla-004a
            - ls-fla-004b
            - ls-fla-005a
            - ls-fla-005b
            - ls-fla-006a
            - ls-fla-006b
            - ls-fla-007a
            - ls-fla-007b
            - ls-fla-008a
            - ls-fla-008b
            - ls-fla-009a
            - ls-fla-009b
            - ls-fla-010a



```
        ⊞        pics
              catalog.html
              default.htm
         ?    Descr.WD3
⊞             images
⊟             ls-fla-001a
     ⊞            arlesimages
          ?       Descr.WD3
     ⊞            imagepages
     ⊞            images
                  index.htm
                  index2.htm
                  index3.htm
                  index4.htm
     ⊞            thumbnails
⊟             ls-fla-001b
     ⊞            arlesimages
          ?       Descr.WD3
     ⊞            imagepages
     ⊞            images
                  index.htm
                  index2.htm
                  index3.htm
     ⊞            thumbnails
⊟             ls-fla-002a
     ⊞            arlesimages
          ?       Descr.WD3
     ⊞            imagepages
     ⊞            images
                  index.htm
                  index2.htm
                  index3.htm
```

BRESLIN-002520



BRESLIN-002521



ls-fla-004b
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- index6.htm
- thumbnails

ls-fla-005a
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- thumbnails

ls-fla-005b
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- thumbnails

ls-fla-006a
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- index6.htm
- thumbnails

ls-fla-006b

BRESLIN-002522



BRESLIN-002523



- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- thumbnails

ls-fla-009b
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- thumbnails

ls-fla-010a
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- thumbnails

ls-fla-010b
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- thumbnails

ls-fla-011a
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- index6.htm
- thumbnails



BRESLIN-002525



- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- thumbnails
- ls-fla-014a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - thumbnails
- ls-fla-014b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - thumbnails
- ls-fla-015a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - thumbnails
- ls-fla-015b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-016a



- ls-fla-016
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-016b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-017a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - thumbnails
- ls-fla-017b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-018a
- ls-fla-018b

BRESLIN-002527



- ls-fla-018a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - thumbnails
- ls-fla-018b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - thumbnails
- ls-fla-019a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - thumbnails
- ls-fla-019b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-020a

BRESLIN-002528



- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- index6.htm
- thumbnails

- ls-fla-020b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - index5.htm
  - index6.htm
  - thumbnails
- ls-fla-021a
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - index4.htm
  - thumbnails
- ls-fla-021b
  - arlesimages
  - Descr.WD3
  - imagepages
  - images
  - index.htm
  - index2.htm
  - index3.htm
  - thumbnails
- ls-fla-022a
- ls-fla-022b
- prev



ls-fla-022a
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- thumbnails

ls-fla-022b
- arlesimages
- Descr.WD3
- imagepages
- images
- index.htm
- index2.htm
- index3.htm
- index4.htm
- index5.htm
- index6.htm
- thumbnails

prev

nf-cash.com
- projects
  - pretty

lsflash.part1.rar
lsflash.part2.rar
lsflash.part3.rar
lsflash.part4.rar
lsflash.part5.rar

BRESLIN-002530



ls-fla-010b
ls-fla-011a
ls-fla-011b
ls-fla-012a
ls-fla-012b
ls-fla-013a
ls-fla-013b
ls-fla-014a
ls-fla-014b
ls-fla-015a
ls-fla-015b
ls-fla-016a
ls-fla-016b
ls-fla-017a
ls-fla-017b
ls-fla-018a
ls-fla-018b
ls-fla-019a
ls-fla-019b
ls-fla-020a
ls-fla-020b
ls-fla-021a
ls-fla-021b
ls-fla-022a
ls-fla-022b
prev
nf-cash.com
lsflash.part1.rar
lsflash.part2.rar
lsflash.part3.rar
lsflash.part4.rar
lsflash.part5.rar
Ksenya
LZ VK
M1-50
Mix_4
pfp
PPNA
premium
preteen erotica
studio 13
8-12
8-15

BRESLIN-002531



- Y172-Victoria
  - Y172-Victoria
    - Custom-exclusive-2802
    - victoria-y172-custom-tadashi-200908
    - y172_001
    - y172_002
    - y172_003
    - y172_004
    - y172_005
    - y172_006
    - y172_007
    - y172_008
    - y172_009
    - y172_010
    - y172_011
    - y172_012
    - y172_013
    - y172_014
    - y172_015
    - y172_016
    - y172_017
    - y172_019
    - y172_020
    - y172_021
    - y172_022
    - y172_023
    - y172_024
    - y172_025
    - y172_026
    - y172_027
    - y172_028
    - y172_029
    - y172_030
    - y172_031
    - y172_032
    - y172_033
    - y172_034
    - y172_035
    - y172_036
    - y172_037
    - y172_038
    - y172_039
    - y172_040
    - y172_041
    - y172_042
    - y172_043
    - y172_044
    - y172_045
- Y172-Victoria.part1.rar
- Y172-Victoria.part2.rar
- y178-Ksenya

BRESLIN-002532



- γ172_033
- γ172_034
- γ172_035
- γ172_036
- γ172_037
- γ172_038
- γ172_039
- γ172_040
- γ172_041
- γ172_042
- γ172_043
- γ172_044
- γ172_045
- Y172-Victoria.part1.rar
- Y172-Victoria.part2.rar
- γ178-Ksenya
- γ178-Ksenya.part1.rar
- γ178-Ksenya.part2.rar
- LZ VK
- M1-50
- Mix_4
- pfp
- PPNA
- premium
- preteen erotica
- studio 13
- 8-12
- 8-15
- 8-16
- 8-17
- 9-15
- 9-16
- bd mag
- ls land
- movies
- New folder
- Belassi

BRESLIN-002533



BRESLIN-002534



BRESLIN-002535



```
      r178-victoria.part2.rar
   y178-Ksenya
      y178-Ksenya
         y178_001 - 78 pics
         y178_002 - 79 pics
         y178_003 - 80 pics
         y178_004 - 86 pics
         y178_005 - 90 pics
         y178_006 - 85 pics
         y178_007 - 73 pics
         y178_008 - 85 pics
         y178_009 - 83 pics
         y178_010 - 86 pics
         y178_011 - 69 pics
         y178_012 - 62 pics
         y178_013 - 105 pics
         y178_014 - 84 pics
         y178_015 - 82 pics
         y178_017 - 87 pics
         y178_018 - 104 pics
   y178-Ksenya.part1.rar
      y178-Ksenya
         y178-Ksenya
            y178_001 - 78 pics
            y178_002 - 79 pics
            y178_003 - 80 pics
            y178_004 - 86 pics
            y178_005 - 90 pics
            y178_006 - 85 pics
            y178_007 - 73 pics
            y178_008 - 85 pics
            y178_009 - 83 pics
            y178_010 - 86 pics
            y178_011 - 69 pics
            y178_012 - 62 pics
            y178_013 - 105 pics
            y178_014 - 84 pics
            y178_015 - 82 pics
            y178_017 - 87 pics
            y178_018 - 104 pics
   y178-Ksenya.part2.rar
      y178-Ksenya
         y178-Ksenya
            y178_001 - 78 pics
            y178_002 - 79 pics
            y178_003 - 80 pics
            y178_004 - 86 pics
            y178_005 - 90 pics
            y178_006 - 85 pics
            y178_007 - 73 pics
            y178_008 - 85 pics
```

BRESLIN-002536



y178_005 - 98 pics
y178_006 - 85 pics
y178_007 - 73 pics
y178_008 - 85 pics
y178_009 - 83 pics
y178_010 - 86 pics
y178_011 - 69 pics
y178_012 - 62 pics
y178_013 - 105 pics
y178_014 - 84 pics
y178_015 - 82 pics
y178_017 - 87 pics
y178_018 - 104 pics
LZ VK - unknown files?
M1-50 - movies
Mix_4 - images
pfp - images
PPNA - images
premium
preteen erotica
studio 13
8-12
8-15
8-16
8-17
9-15
9-16
bd mag
ls land
movies
New folder



- prp
- PPNA
- premium
  - P_22.rar
    - PW_2
      - Preview 2
  - P_33.rar
    - PW_3
      - Preview 3
  - Petite Tomato
    - Petite Tomato SpVol.01
    - Petite Tomato SpVol.02
    - Petite Tomato SpVol.03
    - Petite Tomato01
    - Petite Tomato02
    - Petite Tomato03
    - Petite Tomato04
    - Petite Tomato05
    - Petite Tomato06
    - Petite Tomato07
    - Petite Tomato09
    - Petite Tomato10
    - Petite Tomato11
    - Petite Tomato12
    - Petite Tomato13
    - Petite Tomato14
  - PT.rar
    - Petite Tomato
      - Petite Tomato SpVol.01
      - Petite Tomato SpVol.02
      - Petite Tomato SpVol.03
      - Petite Tomato01
      - Petite Tomato02
      - Petite Tomato03
      - Petite Tomato04
      - Petite Tomato05
      - Petite Tomato06
      - Petite Tomato07
      - Petite Tomato08
      - Petite Tomato09
      - Petite Tomato10
      - Petite Tomato11
      - Petite Tomato12
      - Petite Tomato13
      - Petite Tomato14
  - PW 1
  - PW_1.rar
  - PW_2

BRESLIN-002538



- premium
- preteen erotica
  - PTE.rar
  - PTE_1
  - PTE_10
  - PTE_11
  - PTE_12
  - PTE_13
  - PTE_14
  - PTE_15
  - PTE_16
  - PTE_17
  - PTE_2
  - PTE_3
  - PTE_4
  - PTE_5
  - PTE_6
  - PTE_7
  - PTE_8
  - PTE_9
- studio 13
- 8-12
- 8-15
- 8-16
- 8-17
- 9-15
- 9-16
- bd mag
- ls land
- movies
- New folder



BRESLIN-002540



studio 13
- 08062001-blackcat!
- 08072001-sunnytemptation
- 09052001-pianissimo2
- 09062001-traintonowhere
- 10052001-deepforrests
- 10062001-coldblueday
- 11052001-sensuality
- 11062001-fishandfishers
- 12052001-photomodel!
- 12062001-clothing!
- 13052001-whitepages
- 13062001-shadywalls!
- 14052001-overtheedge
- 14062001-blackroses!
- 15052001-girlsandhills
- 15062001-lateevening
- 16062001-twohobbypainters
- 17052001-jeanswear
- 17052001-mynameisalina
- 17062001-windandflowers
- 18052001-brownsugar
- 18062001-jazzywetmood
- 19052001-greenbeaches
- 19062001-bodypainting
- 20042001-exquisit!
- 20052001-2girls1rabbit
- 20062001-accousticguitar!
- 21042001-pianissimo
- 21052001-thesvetas
- 21062001-sandcastles
- 22042001-thoughts!
- 22052001-wanttobeacat
- 22062001-grassimpressions!
- 23042001-firstdaysinspring
- 23052001-insideout!
- 23062001-faraway
- 24042001-funnymoments!
- 24052001-quatroinfernale
- 24062001-newfriendship!
- 25042001-dailylife
- 25052001-twonewcomer
- 25062001-flanelle
- 26042001-bluescreen
- 26052001-bluelagoon
- 26062001-promenade
- 27042001-escapade
- 27052001-frames
- 27062001-desperados!

BRESLIN-002541



- 27062001-desperados!
- 28042001-thesecretcave
- 28052001-brindepaille!
- 28062001-fireball
- 29052001-twinsouls!
- 29062001-illumination
- 30042001-dunesandlakes
- 30052001-hairystories!
- 30062001-whenthesunfalldown
- 31052001-mauve
- again
- ageofbronze
- bestl
- bestlf
- budha
- dimension
- dizzy
- earlyshooting
- Eternal Nymphets Eternal Aphrodites Studio 13 Lolitas [5599 Photos]
- etnymphdl418-artificalworlds
- etnymphsa076-eternity
- etnymphsd041-composition
- etnymphsd190-innocenceinthedark
- etnymphsd202-mermaids
- etnymphsd238-shadowlane
- etnymphsd353-vampirisma
- etnymphsf037-coldblue
- etnymphsf122
- expression
- fisherman
- gangster
- girlshootsgirls
- insiderate
- kotik
- kristina
- lyudmila
- madonna
- mirror
- nastya1
- nastya2bydha
- oldfire
- olga_ira
- olleg
- paradox
- seat
- sin
- sisters
- ST13.rar
- Закачанные
- 8-12

BRESLIN-002542



- 8-12
  - Mix 1
  - New folder
    - Cherish Model_files
    - West Porno.html
    - West Porno_files
  - SM mag
- 8-15
- 8-16
- 8-17
- 9-15
  - 10002.rar
  - fairywood
    - LL_14
      - LS-Land 14 Fairywood
        - 03-51-03_0.441493.jpg
        - Fairywood.jpg
        - Set 01
        - Set 02
        - Set 03
        - Set 04
        - Set 05
        - Set 06
        - Set 07
        - Set 08
        - Set 09
        - Set 10
        - Set 11
        - Set 12
        - Set 13
        - Set 14
        - Set 15
        - Set 16
        - Set 17
        - Set 18
        - Set 19
        - Set 20
        - Set 21
        - Set 22
        - Set 23
        - Set 24
        - Set 25
        - Set 26
        - Set 27
        - Set 28
        - Set 29
        - Set 30
      - LL_14.rar
  - Julia
  - life lolitas
  - lolitas explosion

BRESLIN-002543



- LL_14.rar
  - LL_14
    - LS-Land 14 Fairywood
      - 03-51-03_0.441493.jpg
      - Set 01
      - Set 02
      - Set 03
      - Set 04
      - Set 05
      - Set 06
      - Set 07
      - Set 08
      - Set 09
      - Set 10
      - Set 11
      - Set 12
      - Set 13
      - Set 14
      - Set 15
      - Set 16
      - Set 17
      - Set 18
      - Set 19
      - Set 20
      - Set 21
      - Set 22
      - Set 23
      - Set 24
      - Set 25
      - Set 26
      - Set 27
      - Set 28
      - Set 29
      - Set 30
- Julia
- life lolitas
  - SLL63MS
    - SLL63MS
      - Siterip Lolitas Life 63 Models Series
  - SLL63MS.part1.rar
  - SLL63MS.part2.rar
- lolitas explosion
- lolitas kingdom
- lolly edition
- ORIENTAL NIGHTS
- p1_prcnt_set1
- sex party

BRESLIN-002544



- fairywood
- Julia
- life lolitas
  - SLL63MS
    - SLL63MS
      - Siterip Lolitas Life 63 Models Series
        - Alina
          - 0
          - 1
          - 2
        - Alyona
        - Ann
        - Calista
        - Catty
        - Devilbeby
        - Dorothy
        - Emily
        - Enigma
        - Fay
        - Fiona
        - Fiona & Terri
        - Gemma
        - Gina & Brenda
        - Hanna
        - Irma
        - Jeka
        - Jenis
        - Justina
        - Karen
        - Katya
        - Kayla & Fiona & Terry
        - Kiki
        - Lera
        - Liza
        - Lolita
        - LolitasLife.jpg
        - Lolitas-Life.jpg
        - Luana
        - Marianna
        - Michaelene
        - Missy
        - Monika
        - Monika&Virginia
        - Monika&Virginia&Tamara
        - Nancy
        - Nattie
        - Nina
        - Nina & Sheila
        - Oksana
        - Olesja

BRESLIN-002545



- Oksana
- Olesja
- Olivia
- Pamela
- Penny
- Penny & Nina
- Rosie
- Rosie & Tasha
- Sally
- Sally & Olivia
- Santana
- Sasha
- Schooldreams
- Sheila
- Stephany
- Superstar
- Tabatha
- Tamara
- Tamara & Virginia
- Tasha
- Terri
- Tonia
- Venera
- Vera
- Virginia
- Zetella
- SLL63MS.part1.rar
  - SLL63MS
    - SLL63MS
      - Siterip Lolitas Life 63 Models Series
        - Alina
        - Alyona
        - Ann
        - Calista
        - Catty
        - Devilbeby
        - Dorothy
        - Emily
        - Enigma
        - Fay
        - Fiona
        - Fiona & Terri
        - Gemma
        - Gina & Brenda
        - Hanna
        - Irma
        - Jeka
        - Jenis
        - Justina
        - Karen

BRESLIN-002546



- Katya
- Kayla & Fiona & Terry
- Kiki
- Lera
- Liza
- Lolita
- LolitasLife.jpg
- Lolitas-Life.jpg
- Luana
- Marianna
- Michaelene
- Missy
- Monika
- Monika&Virginia
- Monika&Virginia&Tamara
- Nancy
- Nattie
- Nina
- Nina & Sheila
- Oksana
- Olesja
- Olivia
- Pamela
- Penny
- Penny & Nina
- Rosie
- Rosie & Tasha
- Sally
- Sally & Olivia
- Santana
- Sasha
- Schooldreams
- Sheila
- Stephany
- Superstar
- Tabatha
- Tamara
- Tamara & Virginia
- Tasha
- Terri
- Tonia
- Venera
- Vera
- Virginia
- Zetella
- SLL63MS.part2.rar
- SLL63MS
  - SLL63MS
    - Siterip Lolitas Life 63 Models Series

BRESLIN-002547



- Siterip Lolitas Life 63 Models Series
  - Alina
  - Alyona
  - Ann
  - Calista
  - Catty
  - Devilbeby
  - Dorothy
  - Emily
  - Enigma
  - Fay
  - Fiona
  - Fiona & Terri
  - Gemma
  - Gina & Brenda
  - Hanna
  - Irma
  - Jeka
  - Jenis
  - Justina
  - Karen
  - Katya
  - Kayla & Fiona & Terry
  - Kiki
  - Lera
  - Liza
  - Lolita
  - Luana
  - Marianna
  - Michaelene
  - Missy
  - Monika
  - Monika&Virginia
  - Monika&Virginia&Tamara
  - Nancy
  - Nattie
  - Nina
  - Nina & Sheila
  - Oksana
  - Olesja
  - Olivia
  - Pamela
  - Penny
  - Penny & Nina
  - Rosie
  - Rosie & Tasha
  - Sally
  - Sally & Olivia
  - Santana
  - Sasha
  - Schooldreams
  - Sheila

BRESLIN-002548







BRESLIN-002551





46
47
48
49
50
51
52
53
54
55
56
57
LolitasExplosion.jpg
Lolitas-Explosion.jpg
SLE57S.part2.rar
SLE57S
SLE57S
Siterip Lolitas Explosion 57 Sets
01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33

BRESLIN-002553



BRESLIN-002554



BRESLIN-002555



- 25
- 26
- 27
- 28
- 29
- 30
- 31
- 32
- 33
- 34
- 35
- 36
- 37
- 38
- 39
- 40
- 41
- lolitas kingdom
- lolly edition
- ORIENTAL NIGHTS
- p1_prcnt_set1
- sex party
- Siterip Acrobatic Nymphets 78 Models Series (Full Version)
- stunning dolls
- Sun
- VIP
- 9-16
- bd mag
- ls land
- movies
- New folder

BRESLIN-002556



BRESLIN-002557



- 50
- 51
- 52
- 55
- 56
- 57
- 58
- 59
- 6
- 7
- 8
- 9
- Lolitas-Kingdom.jpg
- Videos

SLK57SV.part1.rar
  SLK57SV
    SLK57SV
      Siterip Lolita Kingdom 57 Sets + Videos
        - 1
        - 10
        - 11
        - 12
        - 13
        - 14
        - 15
        - 16
        - 17
        - 18
        - 19
        - 2
        - 20
        - 21
        - 22
        - 23
        - 24
        - 25
        - 26
        - 27
        - 28
        - 29
        - 3
        - 30
        - 31
        - 32
        - 33
        - 34
        - 35
        - 36
        - 37
        - 38
        - 39



BRESLIN-002559



- 25
- 26
- 27
- 28
- 29
- 3
- 30
- 31
- 32
- 33
- 34
- 35
- 36
- 37
- 38
- 39
- 4
- 40
- 41
- 42
- 43
- 44
- 45
- 46
- 47
- 48
- 49
- 5
- 50
- 51
- 52
- 55
- 56
- 57
- 58
- 59
- 6
- 7
- 8
- 9
- Lolitas-Kingdom.jpg
- Videos
- lolly edition
- ORIENTAL NIGHTS
- p1_prcnt_set1
- sex party
- Siterip Acrobatic Nymphets 78 Models Series (Full Version)
- stunning dolls
- Sun
- VIP
- 9-16

BRESLIN-002560



- lolitas kingdom
- lolly edition
  - Unconfirmed 608275.crdownload
    - SLEI7FV
      - SLEI7FV
        - Siterip Lolly Edition Issue 1 - 7 (Full Version)
          - Issue-1
            - set1_z4_1
            - set10_nastya_e3
            - set2_vera_e1
            - set3_z3_1
            - set4_twins_e2
            - set5_z6_2
            - set6_sasha_e4
            - set7_z9_1
            - set8_olya_e2
            - set9_z1_2
          - Issue-2
            - set1_z8_2
            - set10_maya_e4
            - set2_alina_e4
            - set3_z5_1
            - set4_anya_e4
            - set5_z6-7_1
            - set6_jenya_e2
            - set7_z7_2
            - set8_masha_e1
            - set9_z2_2
          - Issue-3
            - set10_z6_1
- Unconfirmed 765463.crdownload
  - SLEI7FV
    - SLEI7FV
      - Siterip Lolly Edition Issue 1 - 7 (Full Version)
        - Issue-4
          - set07_z9_2
          - set08_masha_e4
          - set09_z7_1
          - set10_alina_e1
        - Issue-5
          - set01_maya_e5
          - set02_nasha_e5
          - set03_vera_e5
          - set04_z1_3
          - set05_alya_e4
          - set06_nastya_e1
          - set07_olya_e4
          - set08_sasha_e3
          - set09_anya_e1
          - set10_z8_1

BRESLIN-002561



set05_alya_e4
set06_nastya_e1
set07_olya_e4
set08_sasha_e3
set09_anya_e1
set10_z8_1
Issue-6
set01_maya_e2
set02_twins_e3
set03_olya_e3
set04_masha_e3
set05_jenya_e5
ORIENTAL NIGHTS
p1_prcnt_set1
sex party
Siterip Acrobatic Nymphets 78 Models Series (Full Version)
stunning dolls
Sun
VIP
9-16
bd mag
ls land
movies
New folder

BRESLIN-002562



- lolitas kingdom
- lolly edition
- ORIENTAL NIGHTS
  - LL_22
    - LS-Land 22 Oriental Nights
      - 19-10-04_0.016139.jpg
      - lsv-001
      - lsv-002
      - lsv-003
      - lsv-004
      - lsv-005
      - lsv-006
      - lsv-007
      - lsv-008
      - lsv-009
      - lsv-010
      - lsv-011
      - lsv-012
      - lsv-013
      - lsv-014
      - lsv-015
      - lsv-16
      - lsv-17
      - lsv-18
      - lsv-19
      - lsv-20
      - lsv-21
      - lsv-22
      - lsv-23
      - lsv-24
      - lsv-25
      - lsv-26
      - lsv-27
      - lsv-28
      - lsv-29
      - lsv-30
      - Oriental Nights.jpg
      - Thumbs.db
- oriental nights.rar
  - LL_22
    - LS-Land 22 Oriental Nights
      - 19-10-04_0.016139.jpg
      - lsv-001
      - lsv-002
      - lsv-003
      - lsv-004
      - lsv-005
      - lsv-006
      - lsv-007

BRESLIN-002563



- lsv-006
- lsv-007
- lsv-008
- lsv-009
- lsv-010
- lsv-011
- lsv-012
- lsv-013
- lsv-014
- lsv-015
- lsv-16
- lsv-17
- lsv-18
- lsv-19
- lsv-20
- lsv-21
- lsv-22
- lsv-23
- lsv-24
- lsv-25
- lsv-26
- lsv-27
- lsv-28
- lsv-29
- lsv-30
- Thumbs.db
- p1_prcnt_set1
- sex party
- Siterip Acrobatic Nymphets 78 Models Series (Full Version)
- stunning dolls
- Sun
- VIP
- 9-16
- bd mag
- ls land
- movies
- New folder

BRESLIN-002564



- p1_prcnt_set1
  - Beach Kids Rocking Profile
  - Beach Long Haired Profile
  - Blue Stork Bodywork Girl
  - Brazilian Beach & Umbrella
  - Brazilian Sideline Profiles
  - Brazilian Sunshine Beauty
  - Family Gym Group Photos
  - Family Gym Hooly Hoops
  - Family Gym Nudist Games
  - Family Naturist Pool Water
  - Forest Front Arrow Profile
  - Kiev Backyard Greens Play
  - Mom and Daughter Profile
  - Naturist Audience Lineup
  - Naturist Daughter Profile 1
  - Nude Body Paint Profile 2
  - Nude Bodypaint Exposition
  - Nude Jr Pageant Lineup
  - Nudist Shore Campground
  - Ship Shape Family Profiles
- sex party
  - SLSP 17S

BRESLIN-002565



BRESLIN-002566



BRESLIN-002567



D1_prom_set1

sex party

SLSP17S

SLSP17S.part1.rar

SLSP17S.part2.rar

Siterip Acrobatic Nymphets 78 Models Series (Full Version)

Alena

Alina

Art-Nymphets.jpg

Ira

Karina

Lena

Lisa

Mila

Natasha

New WinRAR archive.RAR

Olesya

Olga4

Olya

Rada

Stefania

Sveta

Ulia4

Ulya

Zoia

stunning dolls

Sun

VIP

9-16

bd mag

ls land

movies

New folder

BRESLIN-002568



SiteRip Acrobatic Nymphets 78 Models Series (Full Version)
stunning dolls
LL_21
LS-Land 21 Stunning Dolls
19-37-58_0.466845.jpg
lsh 1
lsh 10
lsh 11
lsh 12
lsh 13
lsh 14
lsh 15
lsh 16
lsh 17
lsh 18
lsh 19
lsh 2
lsh 20
lsh 21
lsh 22
lsh 23
lsh 24
lsh 25
lsh 26
lsh 27
lsh 28
LL_21.rar
LL_21
LS-Land 21 Stunning Dolls
19-37-58_0.466845.jpg
lsh 1
lsh 10
lsh 11
lsh 12
lsh 13
lsh 14
lsh 15
lsh 16
lsh 17
lsh 18
lsh 19
lsh 2
lsh 20
lsh 21
lsh 22
lsh 23
lsh 24
lsh 25
lsh 26
lsh 27
lsh 28



BRESLIN-002570

- Sun
  - SUN.rar
  - un-01
  - un-02
  - un-03
  - un-04
  - un-05
  - un-06
  - un-07
  - un-08
  - un-09
  - un-10
  - un-100
  - un-101
  - un-102
  - un-11
  - un-12
  - un-13
  - un-14
  - un-15
  - un-16
  - un-17
  - un-18
  - un-19
  - un-20
  - un-21
  - un-22
  - un-23
  - un-24
  - un-25
  - un-26
  - un-27
  - un-28
  - un-29
  - un-30
  - un-31
  - un-32
  - un-33
  - un-34
  - un-35
  - un-36
  - un-37
  - un-38
  - un-39
  - un-40
  - un-41
  - un-42
  - un-43
  - un-44
  - un-45
  - un-46



BRESLIN-002572



un-93
un-94
un-95
un-96
un-97
un-98
un-99
VIP
9-16
  BDYou
  BDYou.rar
bd mag
  BD_Magazine_issue_1
  BD_Magazine_issue_2
  BD_Magazine_issue_5
  BDMag1.rar
  BDMag2.rar
  BDMag5.rar
  fashionable models
  LM_15
  LM_15.rar
  young & fresh
ls land
  Daisies.rar
  LL_10
  LL_12.rar
  LL_16
  waterfall.rar
movies
  Friends
  Hamilton
  Juego de Amor Prohibido
  Little Lips
  Mords pas on taime
New folder
  01 Marianna (ccat)
  03 amanda (ccat)
  06 janet (ccat)
  11 Amanda 2  (ccat)
  Knight Rider - Coles

BRESLIN-002573



- Sun
- VIP
- 9-16
  - BDYou
    - BD Young Strawberry
      - 001_090909
      - 002_1
      - 003_2
      - 004_222222
      - 005_8888888
      - 006_alena22.02
      - 007_darya
      - 008_marianna19.02
      - 009_milla18.02
      - 010_natasha27.02
      - 011_tanya18.02
      - 012_tanya23.02
      - 013_tatyana19.02
      - 014_yana25.02
      - 015_anna22.02
      - 016_kristina
      - 017_ksuha
      - 018_margo
      - 019_oksana
      - 020_julia21.02
      - 021_5-03-1marina
      - 022_luda17.03
      - 023_ulechka11.03
      - 024_alenishe
      - 025_luda3.04
      - 026_alinka8.04
      - 027_masha11.04
      - 028_rita15.04
      - 029_ilona7-05
      - 030_elona
      - 031_19-05sonya
      - 032_nastia23-05
      - 033_Alena27-05
      - 034_vlada25.05
      - 035_ksenia19-06
      - 036_24-06Nastya
      - 037_22-06Ulia
      - 038_Nastia30-06
      - 039_12.07anna
      - 040_Marina
      - 041_9-08vika2
      - 042_a_bonus
      - 043_9-08-2_2
      - 044_lena15.08
      - 045_nastya18.08
      - 046_olya17.08



- 046_olya17.08
- 047_Rita
- 048_21-1
- 049_18-2
- 050_17-2
- 051_22-2
- 052_29-1
- 053_1-10-2
- 054_1.Natasha
- 055_96
- 056_171
- 057_5_Lena
- 058_12_Masha
- 059_18_ksusha
- 060_alena2
- 061_margo12
- 062_Janna
- 063_lika3
- 064_jlia
- 065_ira11l
- 066_olga12
- 067_vera13
- 068_ap5
- 22-41-45_0.513164.jpg
- BD_Strawberry.jpg

BDYou.rar
- BDYou
  - BD Young Strawberry
    - 001_090909
    - 002_1
    - 003_2
    - 004_222222
    - 005_8888888
    - 006_alena22.02
    - 007_darya
    - 008_marianna19.02
    - 009_milla18.02
    - 010_natasha27.02
    - 011_tanya18.02
    - 012_tanya23.02
    - 013_tatyana19.02
    - 014_yana25.02
    - 015_anna22.02
    - 016_kristina
    - 017_ksuha
    - 018_margo
    - 019_oksana
    - 020_julia21.02
    - 021_5-03-1marina

BRESLIN-002575



- 021_5-03-1marina
- 022_luda17.03
- 023_ulechka11.03
- 024_alenishe
- 025_luda3.04
- 026_alinka8.04
- 027_masha11.04
- 028_rita15.04
- 029_ilona7-05
- 030_elona
- 031_19-05sonya
- 032_nastia23-05
- 033_Alena27-05
- 034_vlada25.05
- 035_ksenia19-06
- 036_24-06Nastya
- 037_22-06Ulia
- 038_Nastia30-06
- 039_12.07anna
- 040_Marina
- 041_9-08vika2
- 042_a_bonus
- 043_9-08-2_2
- 044_lena15.08
- 045_nastya18.08
- 046_olya17.08
- 047_Rita
- 048_21-1
- 049_18-2
- 050_17-2
- 051_22-2
- 052_29-1
- 053_1-10-2
- 054_1.Natasha
- 055_96
- 056_171
- 057_5_Lena
- 058_12_Masha
- 059_18_ksusha
- 060_alena2
- 061_margo12
- 062_Janna
- 063_lika3
- 064_jlia
- 065_ira11l
- 066_olga12
- 067_vera13
- 068_ap5
- 22-41-45 0.513164.jpg

BRESLIN-002576



```
├── 9-16
├── bd mag
│   ├── BD_Magazine_issue_1
│   │   ├── 1
│   │   ├── 2
│   │   ├── 20150417e0GgFSPZFYhFppNy_kDAO5_large.jpg
│   │   ├── 4
│   │   ├── 5
│   │   ├── bd_mag_1.jpg
│   │   ├── BDMagazine1.jpg
│   │   └── od
│   ├── BD_Magazine_issue_2
│   ├── BD_Magazine_issue_5
│   │   ├── BD_Magazine_05.jpg
│   │   ├── BDMag5.jpg
│   │   ├── BDMagazine05.jpg
│   │   ├── Thumbs.db
│   │   ├── video1
│   │   ├── video13
│   │   ├── video2
│   │   ├── video20
│   │   ├── video21
│   │   ├── video22
│   │   ├── video3
│   │   └── video34
│   ├── BDMag1.rar
│   │   └── BD_Magazine_issue_1
│   │       ├── 1
│   │       ├── 2
│   │       ├── 4
│   │       ├── 5
│   │       ├── bd_mag_1.jpg
│   │       ├── BDMagazine1.jpg
│   │       └── od
│   ├── BDMag2.rar
│   │   └── BD_Magazine_issue_2
│   ├── BDMag5.rar
│   │   └── BD_Magazine_issue_5
│   │       ├── BD_Magazine_05.jpg
│   │       ├── BDMag5.jpg
│   │       ├── BDMagazine05.jpg
│   │       ├── Thumbs.db
│   │       ├── video1
│   │       ├── video13
│   │       ├── video2
│   │       ├── video20
│   │       ├── video21
│   │       ├── video22
│   │       ├── video3
│   │       └── video34
```

BRESLIN-002577



video54
fashionable models
LM_10
LS-Magazine 10 Fashionable Lolitas
ls_mag_fash_lols.jpg
LS-Magazine 10 Fashionable Lolitas.jpg
photo
lsm-001
lsm-002
LM_10.rar
LM_10
LS-Magazine 10 Fashionable Lolitas
ls_mag_fash_lols.jpg
LS-Magazine 10 Fashionable Lolitas.jpg
photo
LM_15
LS-Magazine 15 Spoilt Babies
Images
Set 1
Set 2
Set 3
LM_15.rar
young & fresh
ls land
Daisies.rar
LL_16
LS-Land 16 Daisies
04-44-09_0.301171.jpg
Set 01
Set 02
Set 03
Set 04
LL_10
LS-Land 10 Waterfall
22-34-33_0.315641.jpg
LSWFALL01
LSWFALL02
LSWFALL03
LSWFALL04
LSWFALL05
LSWFALL06
LSWFALL07
LSWFALL08
LSWFALL09
LSWFALL10
LSWFALL11
LSWFALL12
LSWFALL13
LSWFALL14
LSWFALL15
LSWFALL16

BRESLIN-002578



- LSWFALL15
- LSWFALL16
- LSWFALL17
- LSWFALL18
- LSWFALL19
- LSWFALL20
- LSWFALL21
- LSWFALL22
- LSWFALL23
- LSWFALL24
- LSWFALL25
- LSWFALL26
- LSWFALL27
- LSWFALL28
- LSWFALL29
- LSWFALL30
- Waterfall.jpg
- LL_12.rar
  - LL_12
    - LS-Land 12 Siren Drive
      - 02-54-14_0.812114.jpg
      - Set 01
      - Set 02
      - Set 03
      - Set 04
      - Set 05
      - Set 06
      - Set 07
      - Set 08
      - Set 09
      - Set 10
      - Set 11
      - Set 12
      - Set 13
      - Set 14
      - Set 15
      - Set 16
      - Set 17
      - Set 18
- LL_16
  - LS-Land 16 Daisies
    - 04-44-09_0.301171.jpg
    - ls_daisies.jpg
    - Set 01
    - Set 02
    - Set 03
    - Set 04
- waterfall.rar
  - LL_10
    - LS-Land 10 Waterfall
      - 22-34-33_0.315641.jpg

BRESLIN-002579



- 📁 waterfall.rar
  - 📁 LL_10
    - 📁 LS-Land 10 Waterfall
      - 🖼 22-34-33_0.315641.jpg
      - 📁 LSWFALL01
      - 📁 LSWFALL02
      - 📁 LSWFALL03
      - 📁 LSWFALL04
      - 📁 LSWFALL05
      - 📁 LSWFALL06
      - 📁 LSWFALL07
      - 📁 LSWFALL08
      - 📁 LSWFALL09
      - 📁 LSWFALL10
      - 📁 LSWFALL11
      - 📁 LSWFALL12
      - 📁 LSWFALL13
      - 📁 LSWFALL14
      - 📁 LSWFALL15
      - 📁 LSWFALL16
      - 📁 LSWFALL17
      - 📁 LSWFALL18
      - 📁 LSWFALL19
      - 📁 LSWFALL20
      - 📁 LSWFALL21
      - 📁 LSWFALL22
      - 📁 LSWFALL23
      - 📁 LSWFALL24
      - 📁 LSWFALL25
      - 📁 LSWFALL26
      - 📁 LSWFALL27
      - 📁 LSWFALL28
      - 📁 LSWFALL29
      - 📁 LSWFALL30
- 📁 movies
  - 📁 Friends
  - 📁 Hamilton
  - 📁 Juego de Amor Prohibido
  - 📁 Little Lips
  - 📁 Mords pas on taime
- 📁 New folder
  - 📁 01 Marianna (ccat)
  - 📁 03 amanda (ccat)
  - 📁 06 janet (ccat)
  - 📁 11 Amanda 2  (ccat)
  - 📁 Knight Rider - Coles

BRESLIN-002580

# EXHIBIT 2

# Ken Breslin, Ph.D.

*Psychological Services for Adults, Teens and Families*

November 17, 2016

Name of client

Address of client

Re: Letter of Support

Dear _____,

I'm writing to you today because I need your support.  This is not a letter I had ever imagined writing but nonetheless I have been advised that letters of support will be enormously helpful. I am asking you to write your impressions of my services and of my relationship to you (and / or your child, if appropriate) during our clinical relationship.  Please take a few minutes to read this letter and also please understand I am not asking you to form an opinion or judgement of my current problem, only your honest appraisal of my services provided to you, your child or your family during that period of time I served your family.  Please feel free to express yourself as honestly as you feel appropriate and know that this letter will be directed to my attorney who has agreed to be the only one to read it.  Instructions of where and to whom your letter will be sent are at the conclusion of this letter and for your convenience I've included a pre-addressed, stamped envelope.

As you may or may not have heard, on October 5, 2016, I was arrested and charged with a crime of Possession of Child Pornography. I've seen juvenile and adult sex offenders since the 1980's and have testified as an expert witness in hundreds of cases in Juvenile, Criminal and Family Superior Court in Alameda and Contra Costa Counties.  As you may recall, I was the founder and director of A Child's Point of View in Lafayette from 1991 until 2001.  The clinic was active for 10 years during which time I trained and supervised doctoral students from graduate schools throughout the Bay Area with an emphasis on working with children and their families who had experienced Post Traumatic Stress Disorder.  The clinic also specialized in forensic psychology and worked directly with the Superior Court of Contra Costa and Alameda Counties in child abuse cases as well as serving as experts in high conflict custody disputes.

*8 Camino Encinas ● Suite 210 ● Orinda, CA 94563*
*Telephone: 925-253-7703  ● Fax: 925-253-7793*
*Email: DrBrez@aol.com*

# Ken Breslin, Ph.D.

*Psychological Services for Adults, Teens and Families*

In 2001, following a back injury suffered during a session with an aggressive 10-year-old boy, I retired from my child practice and left the clinic in the competent hands of my professional staff. I continued to see teens, adults and, of course, families in my private practice in Orinda where I have worked for 15 years. I mention my retirement from seeing children mostly because at the time of my arrest, the press was told by the Children's Protective Task Force that I was currently seeing children and was still Director of A Child's Point of View, which left the reader / viewer with terrible implications.  To clarify this issue, I discontinued working under the umbrella of A Child's Point of View almost 15 years ago when I retired from my child practice in 2001.  And as you can see in my letterhead my practice is restricted to services for Adults, Teens and Families.

Without going into too many details of the current legal dilemma, let me attempt to explain enough for you to make sense of things.  Technically, I am guilty. I, in fact, was in possession of child pornography when I was detained.  But the "mitigating circumstances" do explain the situation even if my actions may be inexcusable.  In a nutshell, in order to shield a client from some pretty terrible decisions he had made I took the risk of taking into my possession his material. It never crossed my mind that my actions would be interpreted as criminal.

In the summer of this year I got a call from a former patient, now a 22-year-old male, who wanted to come in a talk about a problem he was having.  I had seen him during his middle school to early high school years (ages 12-14) and he stated that I was the only person he could trust to talk to about his problem.  During his first session, I understood his concerns completely. Over the last several years he revealed that he had been looking at more and more pornography on his computer and had become, in his words, "addicted". This has become somewhat of an epidemic in the last 10-20 years as the internet has become a vital part of everyone's lives. And the porn industry has taken full advantage of our internet connectivity by making their product so easily available that other industries related to internet security (anti-malware, virus protection, etc) have become essential to anyone who owns a computer and uses the internet. Parenthetically, the porn industry is currently among the most successful internet businesses with worldwide revenues estimated at $75 billion a year.  And for those who may not even realize they may have issues of impulse control it has become a serious problem.

My solution was to immediately have him get all the pornography off of his computer. I asked him to purchase a flash/thumb drive so that we could do this together.  I agreed to keep it in my safe and  made treatment conditional on his allowing me to check his computer every week; he was not to erase any web surfing / viewing in between sessions. For the first month our sessions were twice a week. With most addictions or phobias there are more often many ways to help the client without violating any laws.  But in his case, I saw that he lacked a critical component that

*8 Camino Encinas ● Suite 210 ● Orinda, CA 94563*
*Telephone: 925-253-7703  ● Fax: 925-253-7793*
*Email: DrBrez@aol.com*

# Ken Breslin, Ph.D.

### *Psychological Services for Adults, Teens and Families*

helps us draw that line between what we may want to do and what we choose NOT to do: the ability to empathize with others.  Sexuality is part of all of our lives (with sex none of us would be here!) but like many who have a preference for porn, he saw the females as objects and not as people in situations that likely was related to sexual abuse. So during his sessions I had him choose certain videos and asked him to tell a story about how or under what circumstances these females ended up performing these sexual acts.  The connection between sexual gratification and the idea that the girls / women are victims of sexual exploitation is usually completely ignored or at least not considered, especially in young men who have not been made aware of the emotional abuse (not to mention the sexual abuse!) that has transpired long before these films are made.

Apparently sometime in early June the **Violent Crimes Against Children Task Force** had been investigating / tracking his online behavior and when I got involved in his treatment they tracked our sessions soon thereafter.  In hindsight, I acted terribly irresponsibly by not treating this matter with extreme caution.  The thumb drive was in my possession and therefore my responsibility.  The only good news is that I prevented a 22-year-old from going to jail.  Obviously, I was not so fortunate.

At first I naively believed my attorney could talk to the District Attorney and inform him that I treat victims of sexual abuse as well as occasionally treating sexual offenders and that they would drop the charges.  I still hold that belief but at this point in time I do not have the confidence I once held.  And that is why I need your support.  As I said at the onset of this letter, I am not asking you to plead for my innocence.  In fact, technically, I am not innocent.  But I have been told that along with a clean record of having never been arrested, they look at character and, in my case, how my clients / patients were treated will go a long way in helping the District Attorney decide to prosecute or agree to a lesser charge.

As a result of this legal mess I've gotten myself into, I've decided to retire from my clinical practice altogether. I'm 67 and have been thinking about it for a while although I had not planned on retiring for at least until I turned 70.  Clinical psychology is a profession in which age can be more of a positive than most other jobs. But my retirement may help ease the pressure that the prosecutor may be experiencing and I will gladly do anything to help with that.  I am sad to do so under such circumstances but I believe it is in the best interest of all concerned.

Thank you for your support and any kind words you can write.

Sincerely yours,

### *8 Camino Encinas ● Suite 210 ● Orinda, CA 94563*
### *Telephone: 925-253-7703  ● Fax: 925-253-7793*
### *Email: DrBrez@aol.com*

# Ken Breslin, Ph.D.

*Psychological Services for Adults, Teens and Families*

Please direct your correspondence to my attorney:

Michael Markowitz, Esq.
Law Offices of Gagan McCoy
279 Front St.
Danville, CA 94526

Brief background: According to my case records, I began treatment of 12 years old male in May 2006, toward the end of his 6th grade year.  His parents were referred by the child's pediatrician due to a variety of symptoms, many of which sounded initially like issued related to Attention Deficit Disorder. The pediatrician had wondered the same thing and we approached the problem with weekly counseling sessions and a low dose of ADD medication.  I saw him in weekly therapy until the start of high school, about 2 ½ years.  At that point his behavior, as well as his grades, had improved to the point that treatment was no longer necessary. As is so often the case with patients with these vague symptoms (slightly below average grades, marginal but not low self-esteem, a few friends but not a very social child, not a "joiner" of sports or other social groups but not a loner either), therapy may or may not have been responsible for his improvement. He may have just been "going through a phase" as his parents had called it when they were referred but believed it better to try treatment rather than discover later that something was seriously wrong.  I agreed and I do recall that his attachment to therapy was positive, more so than most males at his age. It's important at this point in the story to report that my notes reflected no concerns on my part that his sexual development was anything but normal.  I had no suspicions that there may have existed any sexual issues out of the norm. I had no further contact with the young man until late June, 2016.

*8 Camino Encinas ● Suite 210 ● Orinda, CA 94563*
*Telephone: 925-253-7703  ● Fax: 925-253-7793*
*Email: DrBrez@aol.com*

# EXHIBIT 3



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT                                                  Page 1 of 35

**CASE NUMBER**
SF07QS17SF0002

**CASE OPENED**
10/5/2016

**CURRENT CASE TITLE**
From a Child's View

**REPORT TITLE**
Jail Calls by BRESLIN-Post Guilty

Plea

**REPORTED BY**
Lesley Hill
SPECIAL AGENT

**APPROVED BY**
Christina Barfuss
SPECIAL AGENT

**DATE APPROVED**
5/1/2018

## SYNOPSIS

On October 5, 2016, HSI/SF Cyber Crimes participated in an Internet Crimes Against Children (ICAC) Task Force Search Warrant led by the Contra Costa County District Attorney Investigator's office. Information provided by Google Incorporated via Cyber Tips indicated that Kenneth BRESLIN had images on his Goggle Drive that constituted child pornography or child exploitation material. Google provided the IP addresses associated with the account which was operated by Comcast Communications.

Additional research into BRESLIN indicated he is a child psychologist who has a therapy business named "A Child's Point of View". Based on the number of images found on BRESLIN's devices, he as referred for federal prosecution. On December 21, 2016, BRESLIN was released on a bond from Federal Custody. After that date, there were multiple known violations of this bond, and BRESLIN was ultimately remanded into custody. On March 1, 2018, BRESLIN pled guilty to two counts of Possession of Child Pornography and one count of Criminal Contempt of Court. This ROI documents detention calls made by BRESLIN from the Glenn Dyer Detention Facility.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/01/2018 12:41 EDT                                                                    Page 2 of 35

## DETAILS OF INVESTIGATION

On October 5, 2016, ICAC officers and HSI executed a search warrant at the business (ICAC Officers only) and residence of Kenneth BRESLIN for evidence of child exploitation material.  The business was also searched as BRESLIN's Google account had been accessed from this location.

An onsite preview during the warrants revealed over 27,000 images of child exploitation images.  A more in depth 1st review of the devices has turned up over 100,000 child exploitation images.  BRESLIN was arrested by the Contra Costa County District Attorney's Office at the time of the warrant and charged with Possession of Child Pornography, in violation of 311.11 of the California Penal Code.  BRESLIN's arraignment was scheduled for November 28, 2016.

Due to the number of images believed to constitute child exploitation material found on BRESLIN's devices, and the fact he is a child psychologist, the case was referred for federal prosecution. A preliminary review of BRESLIN's devices has revealed a large number of child pornography, child erotica and other child exploitation images. On December 15, 2017, a grand jury indictment was obtained for Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(A) and an arrest warrant issued.

On December 18, 2016, BRESLIN was arrested without incident, pursuant to the aforementioned arrest warrant, by an Inspector from the Contra Costa County District Attorney's Office and the Lafayette Police Department. BRESLIN was presented to US Magistrate Scott-Corley for the initial presentation and remanded into the custody of the US Marshals pending a detention hearing on December 21, 2016.

On December 21, 2016, BRESLIN was a granted release from federal custody based on a $150,000 surety filed by his sister, Elizabeth Breslin (USC; DOB: 03/21/1945).  Elizabeth Breslin will also serve as the custodian of BRESLIN who will reside with her at ▇▇▇▇▇▇ Berkeley, CA.  Other relevant conditions are:

**No internet access**
**No possession of any internet capable devices, to include "smartphones."**
**Any internet access or devices capable of accessing the internet in the Hill Rd. residence must be password protected and BRESLIN is not to have those passwords.**
**No contact with any minors without the express approval of the parents who must be informed of the current charges, and from pretrial services.**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

05/01/2018 12:41 EDT                                                                 Page 3 of 35

Between April 12, 2017 and September 4, 2017, there were at least three distinct violations of BRESLIN's pre-trial conditions (See ROI: SF07QL17SF0008-025). In this violation, BRESLIN was discovered to have been accessing the Internet using a laptop computer. BRESLIN's nephew, ▮▮▮▮▮▮▮▮ confiscated BRESLIN's laptop and turned it over to Pre-Trial Services.

On September 6, 2017, US Probation did a cursory review of BRESLIN's computer to confirm it has been recently used to connect to the computer. This cursory search revealed browser searches that were indicative of possible child pornography

On September 7, 2017, at a bond hearing pertaining to BRESLIN's latest violations, the court found that BRESLIN was a flight risk and a threat to the community and ordered him detained. BRESLIN was immediately remanded to the custody of the US Marshals.

On January 18, 2018, a superseding indictment was obtained for BRESLIN for two counts of Possession of Child Pornography and one count of Criminal Contempt of Court.

On March 1, 2018, BRESLIN pleaded guilty to all counts. Sentencing is currently scheduled for May 17, 2018.

On March 2, 2018, a review was made of jail calls (including video) between BRESLIN and various associates/family members. The nature of these calls indicate that BRESLIN has not accepted any form of responsibility for his actions.

**A phone call on January 17, 2018, between BRESLIN and E. Breslin.**

BRESLIN: So, is today the day that ▮▮▮▮ goes in before the ▮▮▮▮▮▮▮▮?

E. Breslin: He goes in on Thursday, the day after tomorrow.

BRESLIN: Oh, okay. Okay.

E. Breslin: Yeah, in fact, I have to call.

BRESLIN: He had a couple of more days to be anxious.

E. Breslin: Right. He's just freaked out. Poor guy.

BRESLIN: Oh my God.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                      Page 4 of 35

E. Breslin: He's really having a lot of… he's scared you know?  He feels somehow like, well, combination of things.  He says 'no matter what I say, you know, I'm basically contributing to my uncle being put away.  And then the other thing is then, how much culpability do I have in this?  Um, he's worried about that.

BRESLIN: No, I don't think he has any culpability, but, um…

E. Breslin: No, I don't think he has either, but that has nothing to do with it.  It's just that fear of what does it mean to be called by a ███████████, and….

BRESLIN: Well, yeah….

E. Breslin: .. and why, why me.  Why not you, and, you know,….

BRESLIN: yeah.

███████████████████████████████████████████████████████████████

BRESLIN: that's just so silly.

E. Breslin: …he owns.  Yeah, she's really out for blood. Really ugly.

BRESLIN: Too bad. It happens so often in these cases.

[break in relevant chat]

**A [second] phone call on January 17, 2018, between BRESLIN and E. Breslin.**

E. Breslin: Have you talked to Mark at all lately to find out what's going on or…

BRESLIN: He needs, …he's waiting 'til the Government decides and that's not going to happen until after tomorrow.

E. Breslin: Yeah…

BRESLIN: But, but it might be shortly, you know, it might be probably next week.

E. Breslin: Well, you have a hearing on the first of February?

BRESLIN: Yeah, it's a status conference.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT                                                      Page 5 of 35

E. Breslin: Oh, okay.

BRESLIN: Everyone's basically going to say where they are. So, you know, its, um…

E.Breslin: Hmm hmm.

BRESLIN: another, probably two months before I plea.

E.Breslin: I can't believe they're going, going after all these charges. It's just like…

BRESLIN: It's ridiculous.

E.Breslin: What, what's the point?

BRESLIN: That's their….

E.Breslin: I mean, if you'd been out, if you'd been out, doing, doing something….

BRESLIN: Yeah.

E.Breslin: I could see it, but…

BRESLIN: Right…

E.Breslin: …but, this just doesn't make any sense.

BRESLIN: Well, this whole thing is, I mean, the, the worst thing that I ever did was look at a picture.

E.Breslin: Right.

BRESLIN: That's it. That's it.

E.Breslin: I know. And that….

BRESLIN: It doesn't go beyond that. It doesn't go, it doesn't go into…

E.Breslin: That's the part that just….

BRESLIN: ….sharing or.

E.Breslin: … amazes me.

BRESLIN: Yeah.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

05/01/2018 12:41 EDT                                                                    Page 6 of 35

E.Breslin: You haven't been out harming people or…

BRESLIN: Correct.

E.Breslin: …hurting anyone, or abusing anybody.

BRESLIN: But when you read what the government says, you know, I'm this child psychologist who is molesting children and it, you know, it's, it's….

E. Breslin: I don't know where they got the molesting children part.  Because you've never, ever….

BRESLIN: they're not, they're not saying it, they're implying it.

E. Breslin: Hmm hmm.

BRESLIN: That's the implication. Even the guys in here are like….

E. Breslin: yeah, that's just bullshit.

BRESLIN: Oh, you molested children?  It's like, Jesus Christ. And the government doesn't do anything to, ah, you know to make that any less.

E. Breslin: Right.

BRESLIN: So, they are not our friends. (laughs)

E. Breslin: Yeah.  It's really, it's really pathetic.

BRESLIN: It's like I said before, Anthony is, was not our friend.  (laughs)

E. Breslin: Right.

BRESLIN: But, you know, too little too late on that.

E. Breslin: Yeah.

**A video call on January 17, 2018 between BRESLIN and John Lineweaver.**

Lineweaver: So, I see things are not going in the right direction for you.

BRESLIN: That's correct.  Yeah, ah, that's… did you see that article in the paper last week?

---

<table>
<tr><td>**Current Case Title**</td><td>**ROI Number**</td><td>**Date Approved**</td></tr>
<tr><td>From a Child's View</td><td>SF07QS17SF0002-042</td><td>5/1/2018</td></tr>
</table>

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                                                    Page 7 of 35

Lineweaver: I did. Yeah….

BRESLIN: They took the deal off the table.

Lineweaver: Yeah.

BRESLIN: Which doesn't mean anything quite yet.  I mean, they haven't, they haven't done anything else.  So they could, we, we could still come to the same agreement. And that agreement, at least the tentative agreement, was I was going to get out on probation.

Lineweaver: Uh huh.

BRESLIN: And, and, and, and I would have time served, or whatever they call it.

Lineweaver: Right.

BRESLIN: And, then um, this latest thing happened, and I got, you know put in here, and now they're threatening, um, I'm not sure what they're threatening, but I'll find out next week.  My next court date is February first.

Lineweaver: So, so, that's another change.  February first. Ok. Um.

BRESLIN: Yeah, it was February eighth.

Lineweaver: Uh huh. Ummmm.  It, it is February first or it is February eighth?

BRESLIN: It's February first.

Lineweaver: February first.  Okay.  So, they're suggesting, according to the newspaper article, they think they've dug up something else on you.  Have they?  Or is this just typical uh…

BRESLIN: Not that I know of, uh, uh, which was, which was, what are you hearing?  What, what did, what did you read?

Lineweaver: Whatever was in the newspaper article.  I, it said that they were going to amend the charges or something.

BRESLIN: Yeah, that, it's what got me in here. Um, I was, I was, it was just stupid.  I was paying bills…

Lineweaver: Yeah.

---

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                                                    Page 8 of 35

BRESLIN: It was kinda like what happened originally.  I was paying bills.  My sister was coming back that night, and, uh, I had several… I was just trying to get rid of my debt basically was what I was doing.  So I was, so I went online, and, uh, my, my nephew was there, and so you know, I just kind of said, do you want to do this for me, and he indicated that, you know, he was doing something else, and so, I, I, ah, started paying bills and everything.  And then… to make a long story short, ah, he got really kind of freaked out about whether that was legal or not.

Lineweaver: Yeah.

BRESLIN: And so he told my sister, and brother in law when they got home that evening.  And, and they, they, they were just like "ok, we'll just clarify this by calling Anthony" which is my pre-trial guy, and ah, he basically turned me in.

Lineweaver: Hmmm.

BRESLIN: So, um…

Lineweaver: Well, that, you told me this when we last visited, so this is …..

BRESLIN: Yeah, yeah

Lineweaver: .. the same….

BRESLIN: No, no, there's nothing else. Nothing else has come up. I mean I can't do much in here, that's for sure.

Lineweaver: (laughs) well, that's unfortunately true. Yeah.

BRESLIN: Ah, but it's, it's, depressing.  You know, it's frustrating.

Lineweaver: Yeah.

BRESLIN: And you know the court date keeps getting put off and off and off.  On February first, it's going to be a status conference instead of a plea.

Lineweaver: Huh.

BRESLIN: The plea and sentencing has been started, it was originally in July, then it got put off until October, and by then, my attorney was in a murder trial….

Lineweaver: Yeah.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT

BRESLIN: … and then my sister and brother in law went to India and Tibet, and so we couldn't do anything in November, so we put it off to December. Then when the December date came, they were rumbling about, you know, filing new charges, whatever, so we had to put that off until February.  And then, um, ah, instead of, ah, that plea it's now a status conference which everybody is basically going to say 'okay, here's where we are. Here's what we're doing, or not doing.'  Whatever the case may be.

Lineweaver: Okay. I can't understand, I mean, yes, you, I guess you violated parole (Lineweaver makes a quotes hand gesture), essentially….

BRESLIN: Yeah.

Lineweaver: …ah, ah, bail, I mean.

BRESLIN: Yeah.

Lineweaver: Yet, you've posted this $100,000 dollars, why won't they let you out on bail again?

BRESLIN: …you got frozen there…. Are you hearing me?  Okay. Start that again.

Lineweaver: Oh, I'm hearing you but I can see that we're freezing up. My question was why aren't they letting you back out on bail? You've already got this $100,000 dollars up there.

BRESLIN: Yeah.  I know.

Lineweaver: Why aren't they letting you out on bail?  I don't understand that.

BRESLIN: I don't, they, because if you….

Lineweaver: I mean if you didn't murder anybody.

BRESLIN: Yeah, exactly. But well, the judge, judge actually said, well, I think he's ah, what do you call it?  Ah, a flight risk. And I said, are you kidding?  How could I possibly be a flight risk?  There's no indication anywhere that…

Lineweaver: Oh.

BRESLIN: …that I'm a flight risk.  So that's what she based it on.  Basically, you know, because **I had, ah, opened a computer and the thing said, I wasn't supposed to use any computer.**

Lineweaver: Right.

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT

BRESLIN: **So, it was like, a, a technicality**, and I… and we all kind of minimized it. It was like, come on.  I was paying bills.  That's, that's not, not a terrible thing.

Lineweaver: Yeah.

BRESLIN: And, anyway.

Lineweaver: (Sighs) So what judge is it going to be before, in, on February 1?

BRESLIN: Judge… Um.

Lineweaver: Judge Jacqueline whatever? Is that what her name is.

BRESLIN: Gonzalez Rogers. Yeah.

Lineweaver: She's not the one that revoked your bail though?

BRESLIN: No. No. The magistrate in San Francisco is the one who revoked your bail.

Lineweaver: So is this Jacqueline person more, ah, reasonable?

BRESLIN: She, she's the federal court judge.  The one in San Francisco is the federal magistrate. Who determines kind of local kind of issues. Such as bail, etc. But the judge in Oakland, Judge Rodgers, is ah, the real judge.  The one who is gonna determine sentencing.

Lineweaver: I see. But that's not going to happen on the first?

BRESLIN: That's not going to happen on the first.

Lineweaver: Ok.

BRESLIN: I'm in here for another month or two. I don't know.

Lineweaver: Yeah.  And how is….

BRESLIN: It's ah, my life is completely on hold.

Lineweaver: Yeah.  I understand.  So how is your sister doing?  Are they still supportive?

BRESLIN:  Yeah, Yeah, they're completely supportive. Um, and I, ah, I mean have some feeling about their acting the way they did. Kind of impulsively and, and, and ah reporting me and…

Lineweaver: yeah.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

05/01/2018 12:41 EDT                                                      Page 11 of 35

BRESLIN: …but you know, I can't get mad at them. Because, ah, you know, they're protecting their own interests and they were a little freaked out. But it was because of the presentation by, ah, her son.

Lineweaver: Yeah.

BRESLIN: Because, he, he was very freaked out.  And I kept, you know, trying to say, 'it's okay'.  But you know, they did what they had to do.

Lineweaver: Yeah well…it's not like….

BRESLIN: …and I was, I technically shouldn't have done that.

Lineweaver: It's not like a situation they're used to.

BRESLIN: Yeah, it's a situation none of us are used to.  And, um, **I keep getting, doing stupid things that I don't think are terrible or wrong, but inside the galaxy that I'm currently operating in, if you don't follow your path perfectly, you're knocked right out of orbit.**

Lineweaver: yeah.

BRESLIN: If I stand that metaphor.

Lineweaver: (sighs) Oh. I remember, even the situation I was in, which was just, you know, on bail, like twenty five, thirty, whatever years ago….

BRESLIN: Yeah.

Lineweaver: …it was so orbit changing.

BRESLIN: yeah.

Lineweaver: Disconcerting.

BRESLIN: It's thirty years ago now.

Lineweaver: I'm, what's that?

BRESLIN: Wasn't that '88?

Lineweaver: '89, yeah.

BRESLIN: '89?  I guess that was probably '90 by then, but thirty years almost .

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                               Page 12 of 35

Lineweaver: Yes, indeed.

[break in relevant conversation talking about children]

Lineweaver: So, did, have you had much contact with your lawyer?  Are you able to talk to him very often?

BRESLIN: Yeah, I, I talked with him last week, and ah, so he has to wait, we have to wait, rather, until, ah, the government decides what they're going to do.

Lineweaver: Yeah.

BRESLIN: And, and, we're putting some input there to try and influence them.

Lineweaver: Yeah.

BRESLIN: And, I, I've, I've said, asked him to file a motion to take that $100,000 dollars back. Ah, plus, plus the government keeps, ah, sending out kind of false information.  At least, this is my interpretation when I read the newspaper. 'cause the newspaper says that I'm being sued by my clients…

Lineweaver: Yeah.

BRESLIN: …and that's not true at all.  I'm not being sued by anybody.

Lineweaver: Yeah.

BRESLIN: It's just that there are, **there are people in, in the restitution fund out there, that are victims, but, they're like, they're like corporations, little corporations, and they're making claims on my available $100,000 dollars of course.**

Lineweaver: Right.

BRESLIN: And, so….

Lineweaver: Well, if you read the newspaper, and you know nothing about the system…

BRESLIN: Yeah….

Lineweaver: you're definitely going to get the wrong impression.

BRESLIN: Oh God, yeah.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                    Page 13 of 35

Lineweaver: …um, because it does say things like that, claims made, and more expected and stuff like that, but….

BRESLIN: And plus, you know, they continue to say I'm a child psychologist.  They, they, reference that several times.  Every time there's an article and you know, I haven't seen a child in 15 years.

Lineweaver: Yeah. I remember, I….

BRESLIN: And I don't go by "A Child's point of View" anymore.

Lineweaver: Thirty… um, 1981, 1981.  The newspaper articles that came out about me, kept emphasizing that I was a coach, a CYO Coach.

BRESLIN: Oh yeah, right right.

Lineweaver: Christ….yeah

BRESLIN: Exactly.

Lineweaver: I mean, that's what newspapers do, and that's what, the kind of mentality of law enforcement, you know.  Think of the worst….

BRESLIN: Yeah, yeah.

Lineweaver: So, that was such a painful time, but, ah, you're going through that now, and I wish you weren't…

BRESLIN: Yeah, me too.

Lineweaver: .. I'd rather have dinner with you in Casa Orinda then talk to you by video phone.

BRESLIN: (laughing)

Lineweaver: Are you feeling safe in there?

BRESLIN: yeah, yeah.  There have been moments. There was one guy that attacked another guy right in the middle of our social time you know, we get out for a couple of hours in the morning, a couple of hours in the afternoon, couple of hours in the evening.

[end relevant chat]

**Phone call on January 23, 2018, between BRESLIN and E. Breslin.**

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/01/2018 12:41 EDT                                                    Page 14 of 35

BRESLIN: So you asked how I'm doing. Not well.

E. Breslin: Oh really? What's going on?

BRESLIN: oh, well, check the newspaper or online.  You know, you'll, they, they…

E. Breslin: There's a new thing out?

BRESLIN: Oh, yeah. It's really bad.

E.Breslin: oh, no. You're kidding. I haven't seen that.

BRESLIN: Yeah.

E.Breslin: Oh, God.

BRESLIN: Yeah. I'll probably talk with Mark….

E.Breslin: Yeah, I talked to Mark….

BRESLIN: When?

E.Breslin: Yea, Mark said to tell you, if, he'll, he'll talk to you before your court date, which is the first.  But he was going away on vacation, so…

BRESLIN: Oh.

E.Breslin: …he was going to be gone.

BRESLIN: Oh. Great.

E.Breslin: Up until just right before that, so you may not hear from him before then.  Um….

BRESLIN: Okay.

E.Breslin: Anyway….

BRESLIN: **So there's new charges. And they, there's um, contempt of court, of you know….**

E.Breslin: Right.

BRESLIN: She's really into that contempt of court thing.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                          Page 15 of 35

E.Breslin: Right, yeah.  So there's basically there's a second possession charge.

BRESLIN: Right.

E.Breslin: And then there's the contempt, or violation of a court order, contempt of court charge.

BRESLIN: Right.

E.Breslin: And what Mark thinks first, because I said, what do you think is going on?  And what do you think is the best case and the worse case scenario?  And he said, you know, I can't even guess at that right now.  But I think what she is trying to do is she is trying to come back with more grounds for a more serious plea bargain.

BRESLIN: Yeah.

E.Breslin: But, she, he still thinks there will be a plea bargain before sentencing.

BRESLIN: Yeah, I know.

E.Breslin: It's just that she's going to go for a longer, a longer prison sentence, so that she'll have more to bargain, more of a bargaining chip.

BRESLIN: Right.

E.Breslin: That's her guess.

BRESLIN: Well, the bottom line is it's still the judge's decision, not hers.

E.Breslin: It's up to the Judge. Right. And, who, who knows.

BRESLIN: We're still going to throw it in the Judge's lap, but, you know, that might be worse.  I don't know.

E.Breslin: Yeah. Who knows.

BRESLIN: It's really… depressing. Because I'm going to be in here for months.

E.Breslin: Yeah, that's what he said.

BRESLIN: I would have been out already, but…

E.Breslin: Right.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                Page 16 of 35

BRESLIN: Too little, too late. Um….

E.Breslin: Yeah.

**A video call on February 4, 2018, between BRESLIN and Stan Cossette.**

BRESLIN: I had court, ah this week.

Cossette: I heard that. I called your sister.

BRESLIN: I was in court Monday and Thursday.

Cossette: Yeah.

BRESLIN: You called my sister?

Cossette: Yeah. I called your sister to just find out what was going on so I wouldn't have to bug you during our conversations, but anything notable happen?  I heard what happened on Monday, but what happened….

BRESLIN: Yeah, Monday was a plea.  And I pleaded not guilty to the new charge.  And then Thursday was, ah, um, ah, everybody put their notes together in court, ah, brought the judge up to speed, and, they're, they're trying to get through this one, ah really quickly. Because we've done all the preliminaries to the, ah, you know, the first charge, and the second charge is no different than the first.  But, ah, um, we're going to ask the judge to put whatever sentence I get…oh, next month, on March first, is my next court hearing.

Cossette: Ah, ok.

BRESLIN: And, that's going to be my plea.  Um, so right now, it's guilty. I mean, it's not guilty.

Cossette: Right…...

BRESLIN: ….and whether I have a chance to change that plea.  It will all be only if I agree to whatever deal the government puts forward.

Cossette: Right.

BRESLIN: And, we're, we're going to go for, ah, home confinement for, as opposed to home consignment, (laughs), but it's actually probably the same thing, you can consign me to home…...

Cossette: Uh huh….

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT

BRESLIN: and, ah, in lieu of, ah prison, because of my health and my age, and um…

Cossette: uh uh….

BRESLIN: And the only thing the judge will have to be convinced of, is I'm not a flight risk.  Which of course, I'm not.  Um, but you know.  Because of the last record in which the judge was saying she thought I was a flight risk.  Which is ridiculous, but I think she was just pissed off.  So, so, um...in any case, whatever, I'm not going to agree to anything, I'm going to threaten to go to trial unless they can agree to a home confinement, um, you know, and I, my sentence is not going to be that long anyway.  So whatever it is, two to three years, I'll, ah, be able to do it there.  And get a certain amount of flexibility.

Cossette: How would that work? I mean, how would you….

BRESLIN: It'd be like it was before.

Cossette: You'd have to stay with your sister?

BRESLIN: Yeah, yeah.  Probably for a couple of years.

Cossette: But she would have to agree….

BRESLIN: But very little.  She'd have to agree to that. But she already offered that.

Cossette: Did she really?  Okay.

BRESLIN: Yeah, yeah. Um, yeah.  Otherwise, I guess I could rent the little house down, down your hill.

Cossette: (laughs) That's right.

BRESLIN: You could be my supervisor.

Cossette: That would really be confining. Laughs)

BRESLIN: (laughs)  I would have  500 square feet to walk around.

Cossette: Exactly. Yes.  Not much bigger than a cell.

BRESLIN: That's about twice as big as my cell.  No probably ten times bigger than my cell, but you know, that's funny.  Anyway, um, so that would be um, I guess optimal.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                              Page 18 of 35

Cossette: Hmm.

BRESLIN: Before it was just going to be suspended sentence, time served and ah, probation.  So, we'll see. You know.  Hopefully we can kind of minimize this second thing and um, um, blame it on you know, the weather.

Cossette: (laughs) that sounds like a very good defense if you ask me.

BRESLIN: (laughs) It was raining outside, he didn't have anything to do! No.  I'm actually blaming it on the medications, 'cause I had my doctor write that letter and ah, so, you know, we have a little bit of a stand on there, but at least, then my age, and...I'm having some trouble in here.  Ah, I've been losing my balance, and people say you look like you're aging faster than you should be.

[break in relevant chat]

BRESLIN: People with multiple crimes. One guy for a whole bunch of sexual activity with little girls.

Cossette: Oh boy.

BRESLIN: so, the thing I'm being morally charged with, ah, he's actually being charged with.

Cossette: Hmm hmm.

BRESLIN: Um, so, um, yeah. That's pretty heavy stuff.  He's going to be going away for 20 or 30 years.

Cossette: wow.

BRESLIN: And yet, here's these guys I used to treat, who were as guilty or more guilty than him who got no time.  Um, because the DA allowed, well first of all, all those cases were State, they didn't, the Fed didn't come in and take over like they've been doing for the last ten years.  And so, you know, what I was charged with was maximum six months in the State. And its maximum 20 years in the fed.  So, its, you know, completely unequal.

Cossette: Yeah, yeah.

BRESLIN: That's, that's crazy to have that kind of difference for the same charge.

Cossette: It is.

BRESLIN: The exact same charge.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT                                            Page 19 of 35

Cossette: It is. It's kind of crazy how that works.

BRESLIN: Right. But for that matter, marijuana's not legal for me.  Yeah, when we get released on the probation, because it's a federal charge, um, they, 'cause one guy I'm kinda friends with in here, loves to get high. And he can't, because, uh, it's a federal charge, its, ah, against the federal law.

Cossette: That's bizarre.

BRESLIN: I know, and he's, he's in direct contact with a federal probation officer and a federal court, so, and he gets tested, well he's in here again on a violation, but…

Cossette: Hmm hmm.

BRESLIN: …ah, he was getting tested at least once a month.  And if it came up dirty, he'd you know, go back into federal prison.

Cossette: Wow.

BRESLIN: Even though it's perfectly legal to do in the State of California now.  Yeah, but it certainly wasn't legal then.

Cossette: Yeah.

BRESLIN: In the past, but certainly is now, so…

Cossette: Yeah,

[End of relevant chat]

**A video call on February 14, 2018, between BRESLIN and John Lineweaver .**

BRESLIN: I just met with my lawyer and, ah, heard the, ah, government's offer. Very depressing.  Yeah, ah, it's pretty…

Lineweaver: Yeah.

BRESLIN: … crazy.  Well, you know, my lawyer was saying the government is basically handling this whole issue the way they handle the war on drugs.  You know, they're just throwing this huge amount of time against anybody who's being accused of it…

Lineweaver: That's ah…

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

05/01/2018 12:41 EDT                                                    Page 20 of 35

BRESLIN: … assuming if they can put you away for the longest amount of time, they'll solve the problem. And even though there's…. ah, yeah.

Lineweaver: ok.

BRESLIN: Yeah, there's, ah, there's things called, the guidelines.  Depending on you know, what offense you've been accused of or been charged with.  And, ah, so my guideline basically says, about 100 months. And, we're going to go, ah, appeal to the judge to, you know, given all the things I have on my side, my age, my community service record, my health, you know, all these other things, it gets, ah, they'll, she, um, she'll go below the guideline, ah, but you know, so they go below the guideline by 50%.  What does that mean?  I still get 50 months?  So, it's depressing. You know? It doesn't matter how I look at it, ah for something that, ah, I don't even feel I'm guilty of. I'm going to have to do several years.

Lineweaver: Okay.

BRESLIN: And I, there's no getting around it.

Lineweaver: Well…

BRESLIN: I can go to trial….

Lineweaver: what does your lawyer suggest?

BRESLIN: I don't stand a chance they say.  My lawyer suggests I go along with their plea and that I show all the mitigating factors that I have on my side that will reduce the sentence.

Lineweaver: Where….

BRESLIN: But there's not getting around, you know, the fact that I'm going to have to do some time on this. Some federal prison time.

Lineweaver: [Inaudible]

BRESLIN: Oh, I don't know. They're all over the country.  It's federal, so you know, there are certain ones that are more for more sex offenders which are….

Lineweaver: Lompoc down south….

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT

BRESLIN: Lompoc and one in Colorado and, and another one somewhere in themed west….

Lineweaver: Ohhhh….well, I can see it why you call it depressing for sure. Goodness.

BRESLIN: Yeah, that's in Santa Barbara.

Lineweaver: Yeah…

BRESLIN: So, um, yeah.

Lineweaver: [inaudible]

BRESLIN: Yeah, it's crazy. Just feels like I went into this nightmare and can't get out.  Literally.

Lineweaver: So first you negotiate, you negotiate ….

BRESLIN: Yeah, they'll do that, so I'll get six or seven months taken off.

Lineweaver: Ok.

BRESLIN: oh, no, I'll automatically get the time served off.

Lineweaver: Yeah,

BRESLIN: They, they won't penalize me for this.  I'm already being penalized in a larger way.  But they do subtract any months I do in here. And you know, when it's a state crime ah, whatever your sentence is, you get time served minus 50%.  I mean not time served, you get your sentence but you only have to serve 50% of it.  So if you get five years, you get out in two and a half.  In federal….

Lineweaver: well, yeah…

BRESLIN: …its 85% you have to serve….isn't that crazy?

Lineweaver: I don't know how the federal government justifies spending all that extra money if the states don't do that.

BRESLIN: You know, this, the State in a possession charge the maximum penalty is six months.  The federal maximum penalty is twenty years.  That's the difference.  And they do not

---

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



justify it.  Because like I said, it's the war on drugs. It's the war on porn.

Lineweaver: Ohhh, I don't know.

BRESLIN: Ah, and they're just putting people away for…I mean in my case, that's a life sentence.  If they, if I get a 100 months…

Lineweaver: Right.

BRESLIN: …that's eight years.  Of which I serve seven.  That puts me almost at eighty.  I mean past my mid seventies. That's, that's.. for me it's a death sentence. I was, I was arguing, well then let's go to trial. Ah, and he said, you can't get anything out of a trial in your case.  So I was like, well, I can embarrass the damn government for doing what they've done….

Lineweaver: Well….true

BRESLIN: But he said, no you're not going to embarrass them.  So all I can take is…

Lineweaver: …(inaudible) well your attorney's….

BRESLIN: advice.

Lineweaver: Yeah. So you have two weeks.

BRESLIN: Well, I have a week…

Lineweaver: ..geez…

BRESLIN: The sentencing date is the first of March.

Lineweaver: [inaudible]

BRESLIN: Yeah. (sighs) I don't know.  I don't know what to do. But I know how I got here.  I just didn't plan on getting here.  Anyway,

Lineweaver: I don't know what to tell you. Jesus.

BRESLIN: I hate to rain on your Valentines….

Lineweaver: When did you meet with your …

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                                                   Page 23 of 35

BRESLIN: ...parade...Yeah, I know, I know.  Its just really sad that, that, uh.

Lineweaver: wow.

BRESLIN: Oh just a couple of hours ago. Yeah, I just came back and, yeah, yeah.

Lineweaver: I mean (inaudible) think of...

BRESLIN: Fresh off the press.

Lineweaver: Any compensating positives here.  Yeah well you got plenty of time to figure out....

BRESLIN: No, no...

Lineweaver: ...what do to....

BRESLIN: ...survive.  It's it's.....

Lineweaver: ...sustaining....you can't do that right now... geez. Oh....well of course, that's, that rather ends things.

BRESLIN: No, they..

Lineweaver: Ahhhh.

BRESLIN: ...my plan is not to die.  It's sad how it gets reduced to kind of your basic elements of survival.  Because I can't make any plans in my life, um, I mean, and I have enough assets that I'm actually making money while I'm in here. You know my net worth is going up. It doesn't stay stagnant, so, I guess that's, that's good for my heirs.

Lineweaver: Sighs.

BRESLIN: But, ah.....

Lineweaver: Wow.

BRESLIN: It's, as far as my quality of life... I have none.

Lineweaver: Hmm hmm.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT

BRESLIN: But I have friends.

Lineweaver: Anything else we can do…

BRESLIN: You know, I appreciate your support.

Lineweaver: So I guess what I'm hearing is you basically throw yourself on the mercy of the judge.

BRESLIN: I know.

Lineweaver: After you know, you've gotten letters of support from all the various legal people that you used to deal with….

BRESLIN: Yeah.  That's exactly right. Yeah, I have a judge and a lot of my colleagues.  And a fair amount of patients and ah, family and friends or….

Lineweaver: DAs…

BRESLIN: I've asked him how many have come in but he said a substantial number.

Lineweaver: I mean, ah…..you know….

BRESLIN: I would hope so. Um, but you know, my lawyer's not jumping up and down and saying 'yeah, we got 'em. Don't expect any serious time here.' He's saying just the opposite.  I mean crossing his fingers, and saying, you know, we don't really know what this judge is going to say.  She's very unpredictable, they say.

Lineweaver: I wonder if I know anyone who….

BRESLIN: Yeah, Mark, ah, Gonzalez Rogers.

Lineweaver: I mean, not that that will help….

BRESLIN: Yeah, yeah.

Lineweaver: sometimes federal court…. (inaudible)

BRESLIN: Yeah, it's harder for the federal judges because they're, they you know, they get bounced around the country, ah, it's harder for anybody to have a relationship with them.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/01/2018 12:41 EDT                                                                 Page 25 of 35

Lineweaver: What was the rational for taking this thing from State to Federal.

BRESLIN: …like so many people have with State, Local judges. Um, they're doing it in all cases like this.  It's for like a while there, they, I guess, in the 90s, or in the 80s, they were doing it with all the drug charges.  You know, you get caught with an ounce of pot and suddenly you're in federal court facing twenty years.  And so they're doing the same thing for this. And plus the atmosphere is just awful for anything that has to do ….

Lineweaver: …well of course…

BRESLIN: …with sexual harassment, regardless of how….

Lineweaver: …jump on that bandwagon. This is

BRESLIN: …color it….

Lineweaver: level it or type of crime….

BRESLIN: yeah.

Lineweaver: [inaudible]

BRESLIN: right.  Well, it is in that, ah, ah, the phenomena has gotten out of hand since the computer age has come along. Ah, I mean I don't know, much about pre-computer age.  You've told me a little bit about it, but I don't know all that much about it, but you know, the computer, everything is just so, it's so accessible.  Um, and of course, at no charge. It's completely free and available…

Lineweaver: ,,,its too early to start figuring out ways to improve the situation until you know what the situation is.

BRESLIN: Yeah.

Lineweaver: God.  Well..

BRESLIN: **Yeah, well from my point of view, you know, it's a completely victim, victimless crime** .  And yet, that's not how they see it at all.  They're seeing it as, ah, this kind of behavior, regardless of whether you've participated in it or not, I, my case, I think is a little unique, but they don't consider it unique, it's just another offender as far as they're concerned.  And, um, I lost my train of thought, the whole, the, so, they consider it, anyone who….

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT                                                    Page 26 of 35

Lineweaver: ,,,well there is a rational for that….as opposed to smoking pot.

BRESLIN: …looks at anything is contributing to the industry which is pornography or illegal pornography.

Lineweaver: …getting high.

BRESLIN: Oh I get it but…

Lineweaver: So you just got this cheery news, this is just now.

BRESLIN: Yeah, well. Yah, like I said, it's just hot off the press, so I …

Lineweaver: I'm so sorry

BRESLIN: …at around 11 o'clock. And, ah, what time is it? A little after two.

Lineweaver: I'm sorry.

BRESLIN: Yeah, I'm sorry too. I feel like, I feel like I'm letting everyone down. Somehow, just by the whole experience of course. And, ah, had I even had a remote idea of how much a problem this was going to cause, obviously I'd have been way more careful, or more aware, of the circumstances. I was just so naïve, ah, you know, working with the population I work with, and trying to, ah, trying to help them. But, ah, obviously I got a little wayward there with my own actions, but ah, never did I feel like I was violating the law. But clearly I was. Or at least they've convinced me that I was.

Lineweaver: [recording has him talking at same time- difficult to make out] I want to share something with you I remember so distinctly from 1981, and that is how a judge will completely misunderstand your words. So you've got to be very careful with what you say. And you've probably already heard this from Goldrosen, *but, ah, you don't want to express the sentiments you just expressed in front of a judge. You know.*

BRESLIN: Yeah.

Lineweaver: I think you have no choice but to take full responsibility and accountability. You know. Mistake….horrible.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



05/01/2018 12:41 EDT                                                                 Page 27 of 35

BRESLIN: Right.

Lineweaver: Yeah, yeah, I know that.

BRESLIN: …that kind of thing.

Lineweaver: But, I'm preaching….

BRESLIN: Absolutely.

Lineweaver: This is not advice you haven't heard already.

BRESLIN: yeah.  Well, yeah, well, I have heard the advice.  But I think it's still worthy to kind of keep it at the forefront of one's mind.  Because I will have that chance to speak my mind to the judge.  And, ah, I mean, *I've already written out what I want to say, and it doesn't contain that kind of language at all.*

Lineweaver: Yeah.  Oh boy. Do you know if you're going to be able to have any kind of visits at these…

BRESLIN: You know, I, I I'm just going to have to throw myself at her mercy.

Lineweaver: …other facilities. Or maybe even initiate them?

BRESLIN: Yeah, so,

Lineweaver: yeah.

A video call on March 4, 2018, between BRESLIN and S. Cossette

Cossette: I did have a chat with your sister today and caught up on what happened this week, so..

BRESLIN: Yeah, that was very traumatic….

Cossette: Yeah…

BRESLIN: … it was pretty hard, well, it was okay until I saw Sam.

Cossette: Hmm.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

BRESLIN: And then I just fell apart.  But that was after, after the whole thing went down.  You know, 'cause I changed my plea. That was what happened on Thursday and so they had to go through this whole… several pages of, you know, telling me that I'm giving up my rights and, um, you know, I'm, I'm, I have a right to face my accuser, and I have a right to a jury trial, and I'm giving all that up.  I don't have any, any right to change my mind after I do this…

Cossette: Right.

BRESLIN: You know, there's like question after question, about a hundred questions…

Cossette: Wow.

BRESLIN: and, Um then they finally finish.  They basically say 'okay, we've got you now buddy.' [laughs]  So, it was… it was pretty awful.  I was, I kept telling my attorney 'come on, we can go to trial. We can beat this.'  He's like 'no you can't.  you can't beat it. You had it in your possession.  You're screwed.  There's no way you can say it wasn't in my possession.  And that's the only way you could find a not guilty plea.'  And I'm saying, "come on, we can convince one person out of 12 in the jury." [laughs]  He goes "no, there's, even if they wanted to find you not guilty, they couldn't.  They wouldn't be able to.'

Cossette: yeah.  Your sister said something that as a matter of law that it's…

BRESLIN: Yeah.

Cossette: …there's no defense or something.  That just doesn't make sense to me, but

BRESLIN: I know.  I mean why would you allow a jury trial on something that couldn't happen.  That doesn't make any sense, but….

Cossette: yeah…

BRESLIN: I don't know. I guess there's a lot of analogies that, would, could be made to say, you know if something's real you can't call it unreal.

Cossette: Yeah.

BRESLIN: But, look, OJ pulled it off.

Cossette: Yeah.

BRESLIN: But even in that case, nobody saw him do it.

---

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

```
Cossette: Yeah.

BRESLIN: Nothing was, was as substantial as apparently this is.

Cossette: Yeah

BRESLIN: So, anyway.  So May 17th is the sentencing.

Cossette: Right.

BRESLIN: So if you could put that on our calendar and, I'm trying to get as many people as I can
to be there.  Even though, really, I'd prefer it just to be all alone. You know, it's like, tell
me how long and I can go and get it over with.  But, you know, my lawyer says have your whole
support system there.

Cossette: Hmm hmm.

BRESLIN: So I don't know how that's going to help.  Because it seems to me that by then they've
already made up their mind.  Or she's already, the judge has already made up her mind as to what
the sentence is going to be.  They've gotten…

Cossette: It, it seems like she would come into court with some idea, but your sister seemed to
think, based on what your lawyer said, that it would be good to have a lot of your people there.

BRESLIN: Yeah.  Yeah, you know, so ….

[break]

BRESLIN: And if that happens, I'll survive.  I'm only going to be here for a few more months.
That used to sound like a long time. [laughs]

Cossette: [laughs]

BRESLIN: Now, I say it in this cavalier kind of way.  Oh yeah, I'll just be here for a few more
months.  Ach, its horrible. It's really horrible.

Cossette: I'm so sorry for you.

BRESLIN: thank you.  [laughs]  Me too.  I, I, really, really want to have a life again.  But,
you know, um, that'll happen.

Cossette: You will
```

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/01/2018 12:41 EDT                                              Page 30 of 35

BRESLIN: The question is will it be next year?  The year after?  The year after?  The year after?  [laughs] Man, how many year after can I stand?  But, um, um, I still have a positive feeling that my sentence will be.. I mean, it's not going to be as good as it would have been had I not messed up.  Um, but, ah, I still think it's going to be reasonable.  Maybe, a couple of years, you know, which means I have one year already served.  And one year to go, in which case, I could probably do that here, rather than transferring to some prison in Texas, or Florida or Massachusetts.

Cossette: You know, you asked me to look into that a little bit, and of course I know nothing about prison systems, but ah, I did at least read up on the different kinds.  And it sounds like the ah, there's maximum security, which you do NOT want, there's medium security and then there's minimum security I think.

BRESLIN: Right.

Cossette: And I think either medium or low are much different than when you're staying now.

BRESLIN: Yeah.

Cossette: Um, you know better facilities….

BRESLIN: Well, this is, is just a county facility.

Cossette: Yeah, yeah.  That's what I'm saying.  I don't know if you want to stay another year where you are if you could stay at a federal facilty….

BRESLIN: yeah sure.

Cossette: … that was much lower security.

BRESLIN: That's true.  It's only a few days of processing.  You go down to Nevada for a few days, then process into one of the, the federal facilities.

Cossette: You'd have a library, you'd have a tv room, you know, from what I was reading, you don't even, it's not like you're surrounded by barbed wire or anything.  It's almost like a halfway house.

BRESLIN: Right.  Yeah, yeah.  That's what everybody says.  Oh yeah, federal prison is so much better.  And you know, but ah, the way I hear its like, federal prison, I don't get past that.  You know?

Cossette: Yeah.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

BRESLIN: It's like, well what if I just stay in county jail.  It'll just be a little crime.

Cossette: [laughs]

BRESLIN: You know?  Like a really bad parking ticket.

Cossette: [laughs]  Yes, yeah.

[End of relevant conversation]

**A call on March 12, 2018, between BRESLIN and E. Breslin**

E.Breslin: So any contact from the other kids?  Have you heard anything from them?

BRESLIN: Well, I just got ███████'s letter today…

E.Breslin: Well, that's 'cause I sent it to you…

BRESLIN: …I know…

E.Breslin: …she didn't send it to you though.

BRESLIN: Right. Right. No, I have heard from Sam or..

E.Breslin: …she said she was going to …

BRESLIN: ..and I've been meaning to call ███ just to kind of check in, but..

E.Breslin: Oh, but the way, I did ask if

BRESLIN: I'm still kind of disappointed, he hasn't bothered to, to come visit.

E.Breslin: Well, I think after

BRESLIN: It must bother him on some level that he's not admitting to me.

E.Breslin: Yeah, I think it does. I was concerned with how he reacted after your hearing.  'Cause that was pretty intense.

BRESLIN: Yeah.

E.Breslin: To hear all the charges and to hear what the Government was going to bring and evi… you know, that was the first time he had heard about all that stuff.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                          Page 32 of 35

BRESLIN: Yeah, yeah.

E.Breslin: So, I'm sure that was…

BRESLIN: I mean we're getting kind of used to it.

E.Breslin: But, he's, yeah, but still, I mean I, I wasn't used to it.  I found it to be pretty devastating.  Shmuel was crying away.

BRESLIN: Yeah.  I know.

E.Breslin: It was pretty intense.

BRESLIN: Yeah, it is intense, so…It's….

E.Breslin: Yeah.

BRESLIN: … its, ah, yeah, it's crazy.

E.Breslin: It is crazy.

BRESLIN: You know, there's no excuse for doing certain behaviors, but still to think about ten or twenty years for something as mundane as, you know….

E.Breslin: Hey, you know how many people are in life in prison for three strikes? And, and, their three strikes was for something like smoking pot?

BRESLIN: Yeah, exactly.

E.Breslin: You know… I mean stuff that….

BRESLIN: In the sixties, you get caught with a joint, and you'd get twenty, twenty years.

E.Breslin: Right.

BRESLIN: So….

E.Breslin: …. So it's the same kind of crazy…

BRESLIN: so in retrospect, the laws are just insane.

E.Breslin: yeah.

BRESLIN: You know, gotta live with it.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                      Page 33 of 35

E. Breslin: Yeah, well hopefully….

**A video call on March 18, 2018, between BRESLIN and John Lineweaver.**

BRESLIN: I can relate to that in a way.

Lineweaver: I know you can relate to that. Once you get in the system. Jesus.  You're out of control.  It's out of your control.

BRESLIN: Yeah.

Lineweaver: And if you don't… It's crazy.

BRESLIN: Yeah.

Lineweaver: Crazy, crazy.

BRESLIN: Yeah,  I **certainly made, made this worse for myself**.

Lineweaver: Oh, I know.  Yeah.

BRESLIN: But, um, man, **I'm still hoping, that, that I'll get time served**.

Lineweaver: Wow.  Well I hope you do.  It sounds kind of ominous from the newspaper.

BRESLIN: Yeah, well the newspaper is, is, is, mis….putting out the wrong information.

Lineweaver: Yeah.

BRESLIN: Hopefully the judge is going to know what the right information is by the time comes to ah, ah, sentencing.

Lineweaver: Yeah, well I assume you're in constant contact with your lawyer.

BRESLIN: Yeah, yeah.  So we're going to be going to probation again in a couple of weeks.

Lineweaver: Uh Huh.

BRESLIN: So hopefully…

Lineweaver: What's the sentencing date supposed to be?

BRESLIN: May 17.

---

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of this document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

05/01/2018 12:41 EDT                                                                            Page 34 of 35

Lineweaver: That's still two months away. Jesus.

BRESLIN: Yeah.  Yeah. Yeah. They, ah, there's usually 90 days between plea and sentence.

Lineweaver: Hmm.

BRESLIN: So, in this case there's 75.

Lineweaver: Yeah.

BRESLIN: It's a long time.

Lineweaver: Yeah it is.

BRESLIN: I will have been in here almost nine months.

Lineweaver: Yeah, that's..

BRESLIN: that's crazy.

Lineweaver: Yeah.  Is your sister , are your relationships with your sister and children still okay?

BRESLIN: Yeah, you know I haven't talked to anybody but her and her husband.  I haven't talked with my nephew or my other… I have talked with my other nephew.  Her older son.

Lineweaver: Uh huh.

BRESLIN: He and I have always been in contact and had a good relationship.

Lineweaver: Yeah.

BRESLIN: **And I had a good relationship with my younger nephew, um, this certainly, for me, is putting that in jeopardy.**

Lineweaver: Well, I mean….

BRESLIN: … **until we sit down and talk about it. I'm really upset with him.**

Lineweaver: Yeah, well I don't know the circumstances, but ah, you know, ….how old is he?

BRESLIN: He is turning 50 this June.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

05/01/2018 12:41 EDT                                                                    Page 35 of 35

Lineweaver: Oh, Jesus.  So he should be an experienced human being.

BRESLIN: Yeah, yeah.  But he's also going through a divorce. Which is extremely stressful.

Lineweaver: Yeah.

BRESLIN: **And I think I got a lot of his stress unfortunately.  He worked it out on me.**

Lineweaver: Yeah.

BRESLIN: Inadvertently, because he's not that kind of person.  He's not an angry man. He's a very good person.

Lineweaver: Well it's too bad the circumstances were what they were all the way around, but you gotta deal with it now.

BRESLIN: It was, it was the perfect storm.

Lineweaver: Yeah.

BRESLIN: Everything went wrong at the, moment to moment, to put all that together and suddenly I was in here.

Lineweaver: yeah, well.

BRESLIN is currently scheduled for a sentencing hearing on May 17, 2018.

Investigation continues.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| From a Child's View | SF07QS17SF0002-042 | 5/1/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# EXHIBIT 4

**MANUAL FILING NOTIFICATION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons: Exhibit 4 is filed under seal and includes a DVD.