1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone:  (510) 637-3680

7 | Facsimile:  (510) 637-3724
E-Mail:      christina.mccall@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           ) No. CR 16-0515 YGR
                                        )
14 |       Plaintiff,                    ) SEALING APPLICATION AND  SEALING
                                        ) ORDER
15 |   v.                                )
                                        )
16 | KENNETH BRESLIN,                    )
                                        )
17 |       Defendant.                    )
                                        )
18 | _____    )

19 |       The United States respectfully requests that Exhibit 4 to the Government's Sentencing

20 | Memorandum in the above-captioned case be filed under seal until further order of the Court.  The sealing

21 | application is requested to protect the confidentiality of the victim who is reading her impact statement on

22 | video.  Exhibit 4 also contains a transcription of the videotaped statement, and the government also asks

23 | that the Court file that transcription under seal.

24 | //

25 | //

26 | //

27 | //

28 | //

SEALING APPLICATION & ORDER
CR-16-0515 YGR

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: May 10, 2018                    Respectfully submitted,

                                       ALEX G. TSE
                                       Acting United States Attorney


                                       _____/s/_____
                                       CHRISTINA McCALL
                                       Assistant United States Attorney


### [PROPOSED] ORDER

On the government's application, Exhibit 4 to the Government's Sentencing Memorandum shall be filed under seal until further order of the court to protect the confidentiality of the victim who is reading her impact statement on video.

**IT IS SO ORDERED**.

DATED:                                 _____
                                       HON. YVONNE GONZALEZ ROGERS
                                       UNITED STATES DISTRICT COURT JUDGE

SEALING APPLICATION & ORDER
CR-16-0515 YGR