ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney
    1301 Clay St, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Christina.McCall@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH ALLEN BRESLIN, <br><br> Defendant. | No. CR 16-00515-YGR <br><br> <u>STIPULATION REGARDING RESTITUTION</u> <br> AND ORDER |

    Plaintiff United States of America, by and through its counsel of record, and defendant KENNETH ALLEN BRESLIN ("defendant"), both individually and by and through his counsel of record, Mark Goldrosen, hereby stipulate as follows:

    1.    On March 1, 2018, defendant entered a guilty plea pursuant to a plea agreement.

    2.    In the plea agreement, defendant agreed to pay full restitution for all losses caused by the offenses for which he was charged in this case, and agreed that restitution will be due immediately and subject to immediate enforcement. <u>See</u> Plea Agreement, Dkt. #67 ¶ 9.

    3.    Defense counsel has discussed this stipulation with defendant, who has consented to pay restitution in the amounts specified below.

STIPULATION REGARDING RESTITUTION
CR 16-00515 YGR

4. The parties agree that the individual known as "Casseaopeia" ("Lighthouse" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

5. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Casseaopeia" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

6. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Casseaopeia" and the payments shall be sent to:

Marsh Law Firm PLLC ATTN: Casseaopeia (CR 16-000515 YGR)

Box 4668 #65135

New York, NY 10163-4668

7. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

8. The parties agree that the individual known as "Jenny" is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

9. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Jenny" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

10. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Jenny" and the payments shall be sent to:

The Marsh Law Firm PLLC ATTN: Jenny (CR 16-000515 YGR)

Box 4668 #65135

New York, NY 10163-4668

11. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

12. The parties agree that the individuals known as "Erin" and "Fiona" ("BluesPink" series) are "victims" in this case, meaning they are "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

13. The parties agree that a reasonable and appropriate amount of restitution to be paid to victims "Erin" and "Fiona" is $4,000 per victim. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

14. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Erin and Fiona" and the payments shall be sent to:

The Marsh Law Firm PLLC, ATTN: Erin and Fiona (CR 16-000515 YGR)

Box 4668 #65135

New York, NY 10163-4668

15. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

16. The parties agree that the individual known as "Amy" ("Misty" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

17. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Amy" ("Misty" series) is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

18. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Amy" and the payments shall be sent to:

The Marsh Law Firm PLLC in trust for Amy (16-CR-515-YGR)

Box 4668 #65135

New York, NY 10163-4668

19. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

20. The parties agree that the individuals known as "Erika" and "Tori" ("PinkHeartSisters" series) are "victims" in this case, meaning they are "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

21. The parties agree that a reasonable and appropriate amount of restitution to be paid to victims "Erika" and "Tori" is $4,000 per victim. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

22. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Erika and Tori" and the payments shall be sent to:

The Marsh Law Firm PLLC in trust for Erika and Tori (16-CR-515-YGR)

Box 4668 #65135

New York, NY 10163-4668

23. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

24. The parties agree that the individual known as "Andy" ("SpongeBob" series) is a "victim" in this case, meaning he is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

25. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Andy" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

26. All restitution payments shall be made to "Marsh Law Firm PLLC in trust for Andy" and the payments shall be sent to:

The Marsh Law Firm PLLC in trust for Andy (16-CR-515-YGR)

548 Market St #65135

San Francisco, CA 94104

27. The government has conferred with James R. Marsh at the Marsh Law Firm PLLC, who agrees with and has no objection to this stipulation.

28. The parties agree that the individual known as "Vicky" is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

29. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Vicky" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

30. All restitution payments shall be made to "Carol L. Hepburn in trust for Vicky" and the payments shall be sent to:

Carol L. Hepburn in trust for Vicky (16-CR-515-YGR)

200 1st Ave W., Suite 550

Seattle, WA 98119-4203

31. The government has conferred with Carol L. Hepburn, who agrees with and has no objection to this stipulation.

32. The parties agree that the individual known as "Violet" ("At School" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

33. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Violet" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

34. All restitution payments shall be made to "Carol L. Hepburn in trust for Violet" and the payments shall be sent to:

Carol L. Hepburn in trust for Violet (16-CR-515-YGR)

200 1st Ave W., Suite 550

Seattle, WA 98119-4203

35. The government has conferred with Carol L. Hepburn, who agrees with and has no objection to this stipulation.

36. The parties agree that the individuals known as "Sierra," "Savannah," "Skylar," and "Sally" (the four victims collectively known as "JanSocks") are "victims" in this case, meaning they are "individuals harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

37. The parties agree that a reasonable and appropriate amount of restitution to be paid to victims "Sierra," "Savannah," "Skylar," and "Sally" is $4,000 per person. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

38. All restitution payments shall be made to "Carol L. Hepburn in trust for Sierra, Savannah, Skylar or Sally" and the payments shall be sent to:

Carol L. Hepburn in trust for Sierra, Savannah, Skylar or Sally (16-CR-515-YGR)

200 1st Ave W., Suite 550

Seattle, WA 98119-4203

39. The government has conferred with Carol L. Hepburn, who agrees with and has no objection to this stipulation.

40. The parties agree that the individual known as "Sarah" ("Marineland" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

41. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Sarah" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

42. All restitution payments shall be made to "Carol L. Hepburn in trust for Sarah" and the payments shall be sent to:

Carol L. Hepburn in trust for Sarah (16-CR-515-YGR)

STIPULATION REGARDING RESTITUTION
CR 16-00515 YGR                                                  6

200 1st Ave W., Suite 550

Seattle, WA 98119-4203

The government has conferred with Carol L. Hepburn, who agrees with and has no objection to this stipulation.

43. The parties agree that the individuals known as "Pia," "Ava," and "Mya" (the three victims collectively known as "Sweet Sugar") are "victims" in this case, meaning they are "individuals harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

44. The parties agree that a reasonable and appropriate amount of restitution to be paid to victims "Pia," "Ava," and "Mya" is $4,000 per person. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

45. All restitution payments shall be made to "Deborah A. Bianco in trust for Pia, Ava and Mya" and the payments shall be sent to:

Deborah A. Bianco in trust for Pia, Ava and Mya (16-CR-515-YGR)

14535 Bellevue-Redmond Road, Suite 201

Bellevue, WA 98007

46. The government has conferred with Deborah A. Bianco, who agrees with and has no objection to this stipulation.

47. The parties agree that the individual known as "Maureen" ("Lighthouse" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

48. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Maureen" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

49. All restitution payments shall be made to "Deborah A. Bianco in trust for Maureen" and the payments shall be sent to:

Deborah A. Bianco in trust for Maureen (16-CR-515-YGR)

14535 Bellevue-Redmond Road, Suite 201

Bellevue, WA 98007

50. The government has conferred with Deborah A. Bianco, who agrees with and has no objection to this stipulation.

51. The parties agree that the individual known as "Chelsea" ("2CrazyGurls" series) is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

52. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Chelsea" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

53. All restitution payments shall be made to "Lenahan Law P.L.L.C. F/B/O 2CrazyGurls" and the payments shall be sent to:

Lenahan Law, P.L.L.C., F/B/O 2Crazygurls (16-CR-515-YGR)

2655 Villa Creek, Suite 222

Dallas, TX 75234

54. The government has conferred with Elaine Tran Lenahan, who agrees with and has no objection to this stipulation.

55. The parties agree that the individual known as "Angela" is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

56. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim "Angela" is $4,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

57. All restitution payments shall be made to "Lenahan Law P.L.L.C. F.B.O. Angela" and the payments shall be sent to:

Lenahan Law P.L.L.C. F.B.O. Angela (16-CR-515-YGR)

2655 Villa Creek, Suite 222

Dallas, TX 75234

58.  The government has conferred with Elaine Tran Lenahan, who agrees with and has no objection to this stipulation.

59.  The parties agree that the individual known as "Tara" is a "victim" in this case, meaning she is an "individual harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

60.  The parties agree that a reasonable, proportionate, and appropriate amount of restitution to be paid to victim "Tara" is $1,000. This amount shall be paid in full by disbursement from the Northern District of California's Clerk's Office Registry, from the $100,000 that the defendant deposited on September 7, 2017.

61.  Tara is not represented by counsel. All restitution payments shall be made to the address of record for "Tara" on file in the Victim Notification System, which the Northern District of California's Clerk shall access to complete the restitution payment for "Tara."

62.  No other individuals have made any claims for victim restitution at this time.

63.  The parties agree that the remaining balance on the $100,000 that the defendant deposited with the Clerk of the Court should be applied to any additional monetary penalties that the Court may impose as part of the defendant's criminal judgment.

IT IS SO STIPULATED.

Dated: May 24, 2018

ALEX G. TSE
Acting United States Attorney

_____/s/_____
CHRISTINA McCALL
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: Thursday, May 24, 2018

_____/s/ *with permission*_____
MARK GOLDROSEN
Attorney for Defendant
KENNETH ALLEN BRESLIN

| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Assistant United States Attorney<br>Chief, Criminal Division |
| 4 | |
| 5 | CHRISTINA McCALL (CABN 234139)<br>Assistant United States Attorney |
| 6 |     1301 Clay St, Suite 340S<br>    Oakland, California 94612 |
| 7 |     Telephone: (510) 637-3680<br>    Christina.McCall@usdoj.gov |
| 8 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH ALLEN BRESLIN,<br><br>    Defendant. | No. CR 16-00515-YGR<br><br>[~~PROPOSED~~] ORDER REGARDING RESTITUTION |

The Court having considered the stipulation of the government and the Defendant Kenneth Allen Breslin ("defendant") with respect to restitution in this matter, and good cause appearing therefor, hereby ORDERS:

    1.    The individuals identified as "Casseaopeia" ("Lighthouse" series), "Jenny," "Erin" and "Fiona" ("BluesPink" series), "Amy" ("Misty" series), "Erika" and "Tori" ("PinkHeartSisters series), "Andy" ("SpongeBob" series), "Vicky," "Violet" ("At School" series), "Sierra," "Savannah," "Skylar" and "Sally" ("JanSocks" series), "Sarah" ("Marineland" series), "Pia," "Mya" and "Ava" ("Sweet Sugar" series), "Maureen" ("Lighthouse" series), "Chelsea" ("2CrazyGurls" series), "Angela," and "Tara" are victims in this case, meaning they are individuals harmed as a result of a commission of a

crime under Chapter 110 of Title 18, which includes defendant's crime, as provided in 18 U.S.C. § 2259(c).

A reasonable and appropriate amount of restitution to be paid to each victim is as follows: $4,000 in restitution to each of the following victims:

- "Casseaopeia" ("Lighthouse" series)
- "Jenny"
- "Erin" and "Fiona" ("BluesPink" series)
- "Amy" ("Misty" series)
- "Erika" and "Tori" ("PinkHeartSisters series)
- "Andy" ("SpongeBob" series)
- "Vicky"
- "Violet" ("At School" series)
- "Sierra," "Savannah," "Skylar" and "Sally" ("JanSocks" series)
- "Sarah" ("Marineland" series)
- "Pia," "Mya" and "Ava" ("Sweet Sugar" series)
- "Maureen" ("Lighthouse" series)
- "Chelsea" ("2CrazyGurls" series)
- "Angela."

A reasonable and appropriate amount of restitution to be paid to victim "Tara" is $1,000.

The Court will issue an amended Judgment and Commitment Order to reflect the following:

Restitution is ordered, to be paid as follows:

- $4,000 shall be paid to "Marsh Law Firm PLLC in trust of Casseaopeia" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Casseaopeia (CR 16-000515 YGR), P.O. Box 4668 #65135, New York, NY 10163-4668;
- $4,000 shall be paid to "Marsh Law Firm PLLC in trust of Jenny" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Jenny (CR 16-000515 YGR), P.O. Box 4668 #65135, New York, NY 10163-4668;

- $8,000 shall be paid to "The Marsh Law Firm PLLC in trust for Erin and Fiona" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Erin and Fiona (CR 16-000515 YGR), P.O. Box 4668 #65135, New York, NY 10163-4668;
- $4,000 shall be paid to "Marsh Law Firm PLLC in trust of Amy" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Amy (CR 16-000515 YGR), P.O. Box 4668 #65135, New York, NY 10163-4668;
- $8,000 shall be paid to "Marsh Law Firm PLLC in trust for Erika and Tori" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Erika and Tori (CR 16-000515 YGR), P.O. Box 4668 #65135, New York, NY 10163-4668;
- $4,000 shall be paid to "Marsh Law Firm PLLC in trust for Andy" and the payments shall be sent to The Marsh Law Firm PLLC, ATTN: Andy (CR 16-000515 YGR), 548 Market St, #65135, San Francisco, CA 94101-5401;
- $4,000 shall be paid to "Carol L. Hepburn in trust for Vicky" and the payments shall be sent to Carol L. Hepburn ATTN: Vicky (CR 16-000515 YGR), 200 1st Ave W., Suite 550, Seattle, WA 98118-4203;
- $4,000 shall be paid to "Carol L. Hepburn in trust for Violet" and the payments shall be sent to Carol L. Hepburn ATTN: Violet (CR 16-000515 YGR), 200 1st Ave W., Suite 550, Seattle, WA 98118-4203;
- $16,000 shall be paid to "Carol L. Hepburn in trust for Sierra, Savannah, Skylar and Sally" and the payments shall be sent to Carol L. Hepburn ATTN: Sierra, Savannah, Skylar and Sally (CR 16-000515 YGR), 200 1st Ave W., Suite 550, Seattle, WA 98118-4203;
- $4,000 shall be paid to "Carol L. Hepburn in trust for Sarah" and the payments shall be sent to Carol L. Hepburn ATTN: "Sarah" (CR 16-000515 YGR), 200 1st Ave W., Suite 550, Seattle, WA 98118-4203;
- $12,000 shall be paid to "Deborah A. Bianco in trust for Pia, Ava and Mya" and the payments shall be sent to Deborah A. Bianco, ATTN: Pia, Ava and Mya (CR 16-000515 YGR), 14535 Bellevue-Redmond Road, Suite 201, Bellevue, Washington 98007;

- $4,000 shall be paid to "Deborah A. Bianco in trust for Maureen" and the payments shall be sent to Deborah A. Bianco, ATTN: Maureen (CR 16-000515 YGR), 14535 Bellevue-Redmond Road, Suite 201, Bellevue, Washington 98007;
- $4,000 shall be paid to "Lenahan Law PLLC, F/B/O Chelsea " and the payments shall be sent to Lenahan Law PLLC, ATTN: Chelsea (CR 16-000515 YGR), 2655 Villa Creek, Suite 222, Dallas, Texas 75234;
- $4,000 shall be paid to "Lenahan Law PLLC F/B/O Angela" and the payments shall be sent to Lenahan Law PLLC, ATTN: "Angela" (CR 16-000515 YGR), 2655 Villa Creek, Suite 222, Dallas, Texas 75234; and
- $1,000 shall be paid to "Tara" and the payments shall be sent to the address of record for "Tara" on file in the Victim Notification System, which the Northern District of California's Clerk shall access to complete the restitution payment for "Tara."

The Court hereby directs the Clerk to release $85,000, which represents the principal funds already paid by defendant Kenneth A. Breslin, to be applied to the defendant's restitution obligation as set forth in this Order. The remaining balance on the principal funds already paid by the defendant as well as any accrued interest on the funds held in the registry shall be applied to the additional monetary penalties that the Court may impose as part of the defendant's criminal judgment.

IT IS SO ORDERED.

May 31, 2018
DATE

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Christina M. McCall*

CHRISTINA M. McCALL
Assistant United States Attorney

[PROPOSED] ORDER REGARDING RESTITUTION
CR 16-00515 YGR